# EXHIBIT A

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**ELECTRONICALLY FILED**
Superior Court of California
County of Marin
06/12/2025
James M. Kim, Clerk of the Court
By: J. Chen, Deputy

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
STATE FARM GENERAL INSURANCE COMPANY

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
IRENT INC

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):* Hall of Justice<br><br>3501 Civic Center Drive San Rafael, CA 94903 | **CASE NUMBER:**<br>*(Número del Caso):*<br><br>CV0006586 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
TINA ABDOLHOSSEINI, ESQ.; 2750 SW 145th Avenue, #509, Miramar, Florida 33027; (786)703-8810

| DATE:<br>*(Fecha)* 06/12/2025 | **James M. Kim** Clerk, by<br>*(Secretario)* _____ | <br>J. Chen | , Deputy<br>*(Adjunto)* |
|---|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010).)*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* STATE FARM GENERAL INSURANCE COMPANY

under: ☒ CCP 416.10 (corporation)     ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)     ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)     ☐ CCP 416.90 (authorized person)
☐ other *(specify):*

4. ☐ by personal delivery on *(date):*

Page 1 of 1

| | |
|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | Code of Civil Procedure §§ 412.20, 465<br>www.courts.ca.gov |

**SUMMONS**

**For your protection and privacy, please press the Clear This Form button after you have printed the form.**

[Print this form] [Save this form] [Clear this form]

TINA ABDOLHOSSEINI, ESQ. (State Bar No. 316093)
PLG Damage Attorneys
2750 SW 145th Avenue
#509
Miramar, Florida 33027
Attorneys for Plaintiff

**ELECTRONICALLY FILED**
Superior Court of California
County of Marin
**06/12/2025**
James M. Kim, Clerk of the Court
By: J. Chen, Deputy

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF MARIN COUNTY

IRENT INC,

              Plaintiff,

v.

STATE FARM GENERAL INSURANCE
COMPANY,

              Defendant.

Case No: CV0006586

**COMPLAINT FOR DAMAGES**

1) **BREACH OF CONTRACT**
2) **BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING**

**JURY TRIAL DEMANDED**

Plaintiff IRENT INC ("Plaintiff"), allege against Defendant STATE FARM GENERAL INSURANCE COMPANY ("Defendant") and Does 1 through 20 as follows:

### GENERAL ALLEGATIONS

1.    At all times herein mentioned, Plaintiff resided in the City of San Anselmo, County of Marin, State of California.

2.    Plaintiff are informed and believe and thereon allege that at all times herein relevant, Defendant STATE FARM GENERAL INSURANCE COMPANY, qualified to do business in the State of California, including but not limited to, issuing insurance policy in the State of California and in the County of Marin, and in the City of Marin.

1
2

3.      Plaintiff are ignorant of the true names and capacities of Defendant sued herein as Does 1 through 20, inclusive, and therefore Plaintiff sue these Defendant by such fictitious names. Plaintiff will amend this complaint to allege their true names and capacities when they are ascertained. Plaintiff are informed and believe and thereon alleges that each of the fictitiously-named Defendant is responsible and liable in some manner for the occurrences and/or conduct herein alleged, and/or is responsible or liable under the Policy of insurance referenced herein, and that Plaintiff's damages as herein alleged were proximately caused in whole or in part by said fictitiously-named Defendant's conduct or liability, as an insurer, agent or otherwise.

4.      Plaintiff are informed and believes and thereon alleges that at all times herein mentioned, Defendant and each of them were acting as the agents, servants, successors, predecessors, principals, parents, subsidiaries, joint venturers, joint tortfeasors, co-conspirators, and/or employees of each other, and were acting within the full course and scope of said relationship with full knowledge, permission, consent and ratification, either expressed or implied, of each of the other said named Defendant.

## JURISDICTION AND VENUE

5.      This Court has jurisdiction over the entire action by virtue of the fact that this is a civil action wherein the matter in controversy, exclusive of interest and costs, exceeds the jurisdictional minimum of the Court. The acts and omissions complained of in this action took place, in whole or in part, in the State of California. The insurance contract at issue was entered into in California and covers property located in the State of California.

6.      Venue is proper because the contract was entered into, performance was due, and/or acts and omissions complained of took place within the venue of this Court, the

1
2

property damaged at issue is located within the venue of this court, and/or the Defendant resides within the venue of this Court.

## **GENERAL ALLEGATIONS**

7.     This action arises out of an insurance claim made by Plaintiff resulting from wind damage to roof which caused water to leak into the Property which occurred on or about 03/21/2023 (Hereinafter referred to as "Date of Loss") due to rainwater intrusion into Plaintiff's properties, causing significant water and mold damage to the properties and contents therein.

8.     Pursuant to the terms of Insurance Policy No. 97ESZ261-0 (the "Policy"), a true and correct copy of which is attached hereto as **Exhibit A** and incorporated herein by reference, Plaintiff were entitled to coverage for all covered losses at the subject properties (the "Properties") located at:

    a.     108 Ross Ave Bldg A San Anselmo, CA 94960-2940

    b.     108 Ross Ave Bldg B San Anselmo, CA 94960-2940

    c.     108 Ross Ave Bldg C San Anselmo, CA 94960-2940

    d.     108 Ross Ave Bldg D San Anselmo, CA 94960-2940

    e.     108 Ross Ave Bldg E San Anselmo, CA 94960-2940

9.     Plaintiff timely reported the incident to Defendant which was documented and assigned the following Claim Number: 05-47M8-29M (Hereinafter referred to as "Claim").

10.     The Policy of insurance which forms the basis of this action were entered into and issued in the City of San Anselmo, County of Marin, State of California, and was intended to be performed in whole or in part therein.

11.     Defendant, by their duly authorized agents, for valuable consideration,

1

2

executed, delivered and issued to Plaintiff the Policy in the City of Sane Anselmo, County of Marin, State of California. The Policy, by its terms, was effective at all relevant times, and was maintained in full force and effect at all relevant times.

12.    By the terms of the Policy, Defendant agreed to act in good faith and agreed to deal fairly with Plaintiff when they entered into the Policy and accepted premiums for the coverage provided by the Policy.

13.    After reporting of the subject insurance Claim, Defendant became obligated to conduct a fair and thorough investigation and promptly pay the benefits of the subject Insurance Policy to Plaintiff.

14.    After a loss, the subject insurance Policy requires Plaintiff to mitigate damages caused to their Property. In an effort to mitigate the damage caused to their Properties, Plaintiff retained mitigation services but despite submitting a timely claim and supporting documentation, Defendant denied the Claim without justification. A true and correct copy of the denial letter is attached hereto as **Exhibit B** and incorporated herein by reference.

15.    Defendant's denial of the Claim was not only unreasonable but done maliciously and in bad faith.

16.    Defendant has abandoned Plaintiff and has forced them to expend their own funds to repair the damages to their Properties when this Claim should have been approved immediately after Defendant received evidence in the form of reports and photos of the damages.

17.    Although Defendant was presented with evidence of the extent of the damage related to this wind, water and mold loss, Defendant intentionally chose not to adequately consider such information and evidence, did not reasonably adjust the Claim and unjustifiably

1

2

and summarily denied the Claim.

18.     Defendant's conduct in refusing to honor its Policy obligations was and is outrageous, despicable, malicious and fraudulent as its conduct has left Plaintiff's Properties in a damaged condition since 03/21/2023. Accordingly, Plaintiff brings this action to recover damages, including punitive damages, for Defendant's bad faith conduct arising from their handling of Plaintiff's Claim.

## FIRST CAUSE OF ACTION

### Breach of Contract
### (Against All Defendants and DOES 1 through 20)

19.     Plaintiff re-alleges and incorporates by reference, as though fully set forth in this first cause of action, all of the allegations contained in paragraphs 1 through 18 herein.

20.     Plaintiff paid consideration in the form of premiums and has faithfully Performed all obligations required to be performed by them under the terms of the insurance Policy, except to the extent performance may have been excused by, among other things, Defendant's bad faith conduct and breach of the insurance Policy.

21.     Plaintiff was insured under the subject Policy issued by Defendant which was in effect on the Date of Loss. The water and mold loss that occurred at Plaintiff's Properties were a covered loss under the subject Policy, but Defendant refused to extend full insurance coverage for said water and mold loss.

22.     Defendant breached the terms of the Policy by failing to pay monies due under the Policy and by forcing Plaintiff to institute this litigation. Specifically, Defendant refused to consider the ample evidence that was provided and without justification, unreasonably and summarily denied this Claim.

23.     As a direct, proximate and legal result of Defendant's breach of the contract,

1

2

Plaintiff has been, and continues to be, damaged in an amount in excess of the jurisdictional limits of this Court, including but not limited to: The loss of benefits due under the contract, consequential damages including interest on monies Plaintiff could and should have received promptly, but which they did not receive as a result of Defendant's breach of contract, and other fees expenses and costs to be proven at trial.

24.    Plaintiff has also sustained other losses as a direct, proximate and legal result of Defendant's conduct, in an amount to be proven at trial.

## SECOND CAUSE OF ACTION

### Breach of the Implied Covenant of Good Faith and Fair Dealing

### (Against All Defendants and DOES 1 through 20)

25.    Plaintiff re-alleges and incorporates by reference, as though fully set forth in this first cause of action, all of the allegations contained in paragraphs 1 through 24 herein.

26.    The insurance Policy identified in this action contained an implied covenant of good faith and fair dealing, whereby Defendant agreed to perform their obligations under the Policy in good faith, to deal fairly with Plaintiff, and not to unreasonably deprive them of their rights.

27.    Despite overwhelming evidence that insurance coverage should have been extended to the subject Claim, Defendant failed to accurately investigate and adjust the Claim, failed to assess the facts and evidence of the loss, unreasonably and without justification denied the Claim. In doing so, Defendant unreasonably, tortuously and maliciously breached the implied covenant of good faith and fair dealing arising from the insurance Policy.

28.    Despite Plaintiff's demands that all owed monies be paid, Defendant refused to comply and continue to engage in unlawful insurance practices and misrepresentations. Such

1

2

bad faith conduct constitutes a continuing tort, which has caused Plaintiff continued damages.

29.    Defendant engaged and continues to engage in a course of conduct to further their own economic interest in violation of their obligations to Plaintiff. This conduct includes, but is not limited to the conduct alleged in this complaint and the following:

a. Failing to thoroughly and objectively investigate the Claim and benefits owed to Plaintiff;

b. Refusing to pay insurance benefits which a reasonable person would have believed Plaintiff were entitled to receive;

c. Deliberately, unreasonably and unjustifiably failing to pay Plaintiff's Claim under the Policy;

d. Unreasonably refusing payments to Plaintiff in bad faith, knowing Plaintiff's claim for benefits under the Policy to be valid;

e. Not attempting in good faith to effectuate prompt, fair and equitable settlement of Plaintiff's Claim for benefits where the obligation to pay had become reasonably clear;

f. Failing to adopt and implement reasonable standards for the prompt investigation and processing of the Claim asserted by Plaintiff; and g. Preventing Plaintiff from leasing units at the Properties due to unsafe and undesirable conditions, and refusing to provide coverage for loss of business income or comparable accommodations for displaced tenants, despite knowing that the Properties required substantial repairs and that Plaintiff was entitled to such coverage under the Policy.

30.    Plaintiff is informed, believes and thereon alleges, that Defendant has breached

1

2

their duty of good faith and fair dealing owed to Plaintiff by other acts or omissions of which Plaintiff are presently unaware and which will be shown according to proof at the time of trial.

31.    Plaintiffs are informed, believe and thereon allege, that Defendant's conduct described herein constitutes part of Defendant's overall scheme to reduce the costs of legitimate insurance claims. Defendant's conduct as described herein constitutes an illegal pattern and practice.

32.    Without any reasonable basis for doing so, and with full knowledge and/or conscious disregard of the consequences, Defendant has failed to and refused to act in good faith or act fairly toward Plaintiff, and Defendant in bad faith, failed to refuse to perform their obligation under the insurance Policy, and under the laws of the State of California.

33.    As a direct, proximate and legal result of said breaches of the covenant of good faith and fair dealing by Defendant, Plaintiff has been, and continue to be, damaged in an amount including, but not limited to, loss of policy benefits, loss of money necessary for the repair and replacement of Plaintiff's Property, loss of business income, emotional distress and personal injuries in an amount according to proof.

34.    Pursuant to *Brandt v. Superior Court* (1985) 37 Cal.3d 813, Plaintiff is entitled to attorney's fees and costs reasonably incurred to compel the payment of benefits due under the insurance Policy.

35.    As a direct, proximate and legal result of the wrongful conduct of Defendant, Plaintiff has sustained economic damages, as set forth above, and other damages in an amount to be proven at trial.

36.    On the basis of all the facts alleged herein above, Defendant's conduct and

1

2

COMPLAINT

actions were despicable, and were done maliciously, oppressively and fraudulently, with a willful and conscious disregard of Plaintiff's rights, thereby subjecting Plaintiff to unjust hardship and distress, entitling Plaintiff to punitive damages under California Civil Code Section 3294. Defendant's adjusters, officers, directors and managing agents were personally informed and involved in the decision-making process with respect to the misconduct alleged herein and these actions were approved by a managing agent of Defendant, to be proven at trial.

## **PRAYER FOR RELIEF**

### ON PLAINTIFF'S FIRST AND SECOND CAUSES OF ACTION:

1.      For general and special damages according to proof;

2.      For all compensatory damages including consequential damages against Defendant;

3.      For punitive and exemplary damages against Defendant;

4.      For bad faith damages;

5.      For interest on said damages at the legal rate, according to proof;

6.      For costs of suit herein; and

7.      For such other and further relief as the Court may deem just and proper.

### ON PLAINTIFF'S SECOND CAUSE OF ACTION ONLY:

8.      For an award of punitive damages in amounts to be proven at trial;

9.      For an award of attorneys' fees and expenses pursuant to *Brandt v. Superior Court* (1985) 37 Cal.3d 813.

1

2

DATED: 06/11/2025          **PLG DAMAGE ATTORNEYS**

_/s/ Tina Abdolhosseini, Esq._
TINA ABDOLHOSSEINI, ESQ
Attorney for Plaintiff
PH: (786)703-8810

## **JURY TRIAL DEMAND**

Plaintiff hereby demand a trial by jury on all claims to which they are entitled to a jury.

DATED: 06/11/2025          **PLG DAMAGE ATTORNEYS**

_/s/ Tina Abdolhosseini. Esq._
TINA ABDOLHOSSEINI, ESQ.
Attorney for Plaintiff
PH: (786)703-8810

1

COMPLAINT

2

# EXHIBIT A

1

2

**STATE FARM GENERAL INSURANCE COMPANY**
*A STOCK COMPANY WITH HOME OFFICES IN BLOOMINGTON, ILLINOIS*    **RENEWAL DECLARATIONS**

*Po Box 2915*
*Bloomington IL 61702-2915*

**Named Insured**

AT2
                    000199 3125     M-02-3508-FB14  F  W
IRENT INC
232 MOUNT SHASTA DR
SAN RAFAEL CA   94903-1081

ılıılıılıılılılılılılılılılıllılıllıllıllılıllılı

| **Policy Number** | **97-ES-Z261-0** |
|---|---|

| **Policy Period** | **Effective Date** | **Expiration Date** |
|---|---|---|
| 12 Months | NOV 21 2022 | NOV 21 2023 |

The policy period begins and ends at 12:01 am standard time at the premises location.

**Agent and Mailing Address**
KRIS KELSON
50 GREENFIELD AVE
SAN ANSELMO CA   94960-2415

PHONE:  (415)  721-0121
             (415)  721-0189

## Apartment Policy

**Automatic Renewal -** If the **policy period** is shown as **12 months** , this policy will be renewed automatically subject to the premiums, rules and forms in effect for each succeeding policy period. If this policy is terminated, we will give you and the Mortgagee/Lienholder written notice in compliance with the policy provisions or as required by law.

Entity: Corporation

NOTICE:  Information concerning changes in your policy language is included. Please call your agent if you have any questions.

POLICY PREMIUM                $  13,751.00

Discounts Applied:
  Years in Business
  Claim Record

Prepared
SEP 08 2022
CMP-4000

001230 294   I
N   U4,1Y,PD

© Copyright, State Farm Mutual Automobile Insurance Company, 2008
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Continued on Reverse Side of Page

Page  1 of  9

530-686 a.2 05-31-2011 (of3231c)

M 1230

## RENEWAL DECLARATIONS (CONTINUED)

**Apartment Policy for IRENT INC**
**Policy Number        97-ES-Z261-0**

### SECTION I - PROPERTY BLANKET

|  | Limit of Insurance* |
|---|---|
| Coverage A - Buildings | $ 6,529,500 |
| Coverage B - Business Personal Property | No Coverage |

| Location Number | Location of Described Premises |
|---|---|
| 001 | 108 ROSS AVE BLDG A<br>SAN ANSELMO CA  94960-2940 |
| 002 | 108 ROSS AVE BLDG B<br>SAN ANSELMO CA  94960-2940 |
| 003 | 108 ROSS AVE BLDG C<br>SAN ANSELMO CA  94960-2940 |
| 004 | 108 ROSS AVE BLDG D<br>SAN ANSELMO CA  94960-2940 |
| 005 | 108 ROSS AVE BLDG E<br>SAN ANSELMO CA  94960-2940 |

### AUXILIARY STRUCTURES

| Location Number | Description |
|---|---|
| 001A | PATIO |

SEP 08 2022

Prepared
SEP 08 2022
CMP-4000

001230

© Copyright, State Farm Mutual Automobile Insurance  Company, 2009
Includes copyrighted material of Insurance Services  Office, Inc., with its permission.

Continued on Next Page

M 1230

**RENEWAL DECLARATIONS (CONTINUED)**

**Apartment Policy for IRENT INC**
**Policy Number       97-ES-Z261-0**



0208-ST4-0101

| Location Number | Description |
|---|---|
| 001B | Driveway, sidewalk, etc. |
| 001C | Fence, walls, etc. |

\* As of the effective date of this policy, the Limit of Insurance as shown includes any increase in the limit due to Inflation Coverage.

## BUILDING CODE UPGRADE COVERAGE

This policy includes building code upgrade coverage (See table below). Refer to the Important Notice for possible terms, limits, conditions, or restrictions.

| Location Number | Building Code Upgrade Coverage (in addition to amount included in policy) |
|---|---|
| 001 | $   345,250 |
| 002 | $   434,000 |
| 003 | $   325,500 |
| 004 | $   108,500 |
| 005 | $   419,125 |

## SECTION I - INFLATION COVERAGE INDEX(ES)

Inflation Coverage Index:                     278.9

## SECTION I - DEDUCTIBLES

**Basic Deductible**                 $10,000

Prepared
SEP 08 2022
CMP-4000

001231 294
N

© Copyright, State Farm Mutual Automobile Insurance  Company, 2008
Includes copyrighted material of Insurance Services  Office, Inc., with its permission.

Continued on Reverse Side of Page

M 1230

## RENEWAL DECLARATIONS (CONTINUED)

**Apartment Policy for IRENT INC**
**Policy Number          97-ES-Z261-0**

**Special Deductibles:**

| | | | |
|---|---|---|---|
| Employee Dishonesty | $250 | Equipment Breakdown | $2,500 |
| Lock Replacement | $100 | | |

Other deductibles may apply - refer to policy.

### SECTION I - EXTENSIONS OF COVERAGE - LIMIT OF INSURANCE - EACH DESCRIBED PREMISES

**The coverages and corresponding limits shown below apply separately to each described premises shown in these Declarations, unless indicated by "See Schedule." If a coverage does not have a corresponding limit shown below, but has "Included" indicated, please refer to that policy provision for an explanation of that coverage.**

| COVERAGE | LIMIT OF INSURANCE |
|---|---|
| Collapse | Included |
| Damage To Non-Owned Buildings From Theft, Burglary Or Robbery | Coverage B Limit |
| Debris Removal | 25% of covered loss |
| Equipment Breakdown | Included |
| Fire Department Service Charge | $5,000 |
| Fire Extinguisher Systems Recharge Expense | $5,000 |
| Glass Expenses | Included |
| Increased Cost Of Construction And Demolition Costs (applies only when buildings are insured on a replacement cost basis) | 10% |
| Newly Acquired Business Personal Property (applies only if this policy provides Coverage B - Business Personal Property) | $100,000 |
| Newly Acquired Or Constructed Buildings (applies only if this policy provides Coverage A - Buildings) | $250,000 |
| Ordinance Or Law - Equipment Coverage | Included |
| Preservation Of Property | 30 Days |

SEP 08 2022

Prepared
SEP 08 2022
CMP-4000

001231

© Copyright, State Farm Mutual Automobile Insurance Company, 2008
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Continued on Next Page

M 1230

**RENEWAL DECLARATIONS (CONTINUED)**

**Apartment Policy for IRENT INC**
**Policy Number      97-ES-Z261-0**



**SECTION I - EXTENSIONS OF COVERAGE - LIMIT OF INSURANCE - EACH COMPLEX**

**The coverages and corresponding limits shown below ap ply separately to each complex as described in the  policy.**

| COVERAGE | LIMIT OF INSURANCE |
|---|---|
| Accounts Receivable | |
| On Premises | $50,000 |
| Off Premises | $15,000 |
| Arson Reward | $5,000 |
| Forgery Or Alteration | $10,000 |
| Lock Replacement | $5,000 |
| Money Orders And Counterfeit Money | $1,000 |
| Outdoor Property | $5,000 |
| Personal Effects (applies only to those premises provided Coverage B - Business Personal Property) | $2,500 |
| Personal Property Off Premises | $15,000 |
| Pollutant Clean Up And Removal | $10,000 |
| Property Of Others (applies only to those premises provided Coverage B - Business Personal Property) | $2,500 |
| Signs | $2,500 |
| Tenant Move Back Expenses | $15,000 |
| Valuable Papers And Records | |
| On Premises | $10,000 |
| Off Premises | $5,000 |

© Copyright, State Farm Mutual Automobile Insurance Company, 2008
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Continued on Reverse Side of Page

M 1230

**RENEWAL DECLARATIONS (CONTINUED)**

**Apartment Policy for IRENT INC**
**Policy Number        97-ES-Z261-0**

SECTION I - EXTENSIONS OF COVERAGE - LIMIT OF INSURANCE - PER POLICY

**The coverages and corresponding limits shown below are the most we will pay regardless of the number of described premises shown in these Declarations.**

| COVERAGE | LIMIT OF INSURANCE |
|---|---|
| Employee Dishonesty | $25,000 |
| Loss Of Income And Extra Expense | Actual Loss Sustained - 24 Months |

SECTION II - LIABILITY

| COVERAGE | LIMIT OF INSURANCE |
|---|---|
| Coverage L - Business Liability | $1,000,000 |
| Coverage M - Medical Expenses (Any One Person) | $10,000 |
| Damage To Premises Rented To You | $300,000 |
| **AGGREGATE LIMITS** | **LIMIT OF INSURANCE** |
| Products/Completed Operations Aggregate | $2,000,000 |
| General Aggregate | $2,000,000 |

Each paid claim for Liability Coverage reduces the amount of insurance we provide during the applicable annual period. Please refer to Section II - Liability in the Coverage Form and any attached endorsements.

SEP 08 2022

Prepared
SEP 08 2022
CMP-4000

001232

© Copyright, State Farm Mutual Automobile Insurance Company, 2008
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Continued on Next Page

M 1230

## RENEWAL DECLARATIONS (CONTINUED)

**Apartment Policy for IRENT INC**
**Policy Number**      97-ES-Z261-0

 Your policy consists of these Declarations, the BUSINESSOWNERS COVERAGE FORM shown below, and any other forms and endorsements that apply, including those shown below as well as those issued subsequent to the issuance of this policy.

0408-ST-6-0101

### FORMS AND ENDORSEMENTS

| | |
|---|---|
| CMP-4101 | Businessowners Coverage Form |
| FE-6999.3 | *Terrorism Insurance Cov Notice |
| CMP-4500 | Apartment Endorsement |
| CMP-4807 | Lock Replacement |
| CMP-4502 | Tenant Move Back Expenses |
| CMP-4503.1 | Heating Air Cond Loss Reimburs |
| CMP-4746.1 | Hired Auto Liability |
| CMP-4260.1 | Amendatory Endorsement-CA |
| CMP-4261 | Amendatory Endorsement |
| CMP-4506.2 | Loss of Income & Extra Expense |
| CMP-4710 | Employee Dishonesty |
| CMP-4828 | Extra Replacement Cost |
| CMP-4864 | Building Ordinance or Law Cov |
| CMP-4860.1 | AI Design Person Org |
| FE-1313 | Form 438bfu NS Lndr Loss Pay |
| FD-6007 | Inland Marine Attach Dec |
| | * New Form Attached |

### SCHEDULE OF ADDITIONAL INTERESTS

**Interest Type:**  Mortgagee
**Endorsement #:**  N/A
**Loan Number:**  10238900/506764

FEDERAL HOME LN MORTGAGE CORP
AS MASTER SERVICER ON BEHALF
OF US BANK NA ASSOCIATION
18101 VON KARMAN AVE STE 750
IRVINE CA  92612-0005

**Interest Type:**  Addl Insured-Section II
**Endorsement #:**  CMP48601
**Loan Number:**  N/A

PROGRESSIVE PROPERTY GROUP
PO BOX 720046
SAN FRANCISCO CA    941720046

Prepared
SEP 08 2022
CMP-4000

001233 294
N

© Copyright, State Farm Mutual Automobile Insurance Company, 2008
Includes copyrighted material of Insurance Services  Office, Inc., with its permission.

Continued on Reverse Side of Page

M 1230

**RENEWAL DECLARATIONS (CONTINUED)**

**Apartment Policy for IRENT INC**
**Policy Number        97-ES-Z261-0**

This policy is issued by the State Farm General Insurance Company.

Participating Policy

You are entitled to participate in a distribution of the earnings of the company as determined by our Board of Directors in accordance with the Company's Articles of Incorporation, as amended.

In Witness Whereof, the State Farm General Insurance Company has caused this policy to be signed by its President and Secretary at Bloomington, Illinois.

*Lynne M. Yowell*
Secretary

*Thomas Conley*
President

**IMPORTANT NOTICE:**

California law requires us to provide you with information for filing complaints with the State Insurance Department regarding the coverage and service provided under this policy.

Your agent's name and contact information are provided on the front of this document. Another option is to reach out by mail or phone directly to:

State Farm® Executive Customer Service
PO Box 2320
Bloomington IL 61702
Phone # 1-800-STATEFARM (1-800-782-8332)

Department of Insurance complaints should be filed only after you and State Farm or your agent or other company representative have failed to reach a satisfactory agreement on a problem.

California Department of Insurance
Consumer Services Division
300 South Spring Street
Los Angeles, CA 90013
Phone # 1-800-927-HELP (4357) or visit www.insurance.ca.gov/01-consumers

SEP 08 2022

Prepared
SEP 08 2022
CMP-4000

001233

© Copyright, State Farm Mutual Automobile Insurance Company, 2008
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Continued on Next Page

M 1230

## RENEWAL DECLARATIONS (CONTINUED)

**Apartment Policy for IRENT INC**
**Policy Number        97-ES-Z261-0**



**NOTICE TO POLICYHOLDER:**
For a comprehensive description of coverages and forms, please refer to your policy.
Policy changes requested before the "Date Prepared", which appear on this notice, are effective on the Renewal Date of this policy unless otherwise indicated by a separate endorsement, binder, or amended declarations. Any coverage forms attached to this notice are also effective on the Renewal Date of this policy.
Policy changes requested after the "Date Prepared" will be sent to you as an amended declarations or as an endorsement to your policy. Billing for any additional premium for such changes will be mailed at a later date.
If, during the past year, you've acquired any valuable property items, made any improvements to insured property, or have any questions about your insurance coverage, contact your State Farm agent.
Please keep this with your policy.

**Your coverage amount....**
It is up to you to choose the coverage and limits that meet your needs. We recommend that you purchase a coverage limit equal to the estimated replacement cost of your structure. Replacement cost estimates are available from building contractors and replacement cost appraisers, or, your agent can provide an estimate from Xactware, Inc. using information you provide about your structure. We can accept the type of estimate you choose as long as it provides a reasonable level of detail about your structure. State Farm does not guarantee that any estimate will be the actual future cost to rebuild your structure. Higher limits are available at higher premiums. Lower limits are also available, as long as the amount of coverage meets our underwriting requirements. We encourage you to periodically review your coverages and limits with your agent and to notify us of any changes or additions to your structure.

© Copyright, State Farm Mutual Automobile Insurance Company, 2008
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**STATE FARM GENERAL INSURANCE COMPANY**
*A STOCK COMPANY WITH HOME OFFICES IN BLOOMINGTON, ILLINOIS*

Po Box 2915
Bloomington IL 61702-2915

**Named Insured**

M-02-3508-FB14  F  W

IRENT INC
232 MOUNT SHASTA DR
SAN RAFAEL CA  94903-1081



**INLAND MARINE ATTACHING DECLARATIONS**

| Policy Number | 97-ES-Z261-0 |
|---|---|

| Policy Period | Effective Date | Expiration Date |
|---|---|---|
| 12 Months | NOV 21 2022 | NOV 21 2023 |

The policy period begins and ends at 12:01 am standard time at the premises location.

## ATTACHING INLAND MARINE

**Automatic Renewal** - If the **policy period** is shown as **12 months**, this policy will be renewed automatically subject to the premiums, rules and forms in effect for each succeeding policy period. If this policy is terminated, we will give you and the Mortgagee/Lienholder written notice in compliance with the policy provisions or as required by law.

**Annual Policy Premium**         Included

The above Premium Amount is included in the Policy Premium shown on the Declarations.

Your policy consists of these Declarations, the INLAND MARINE CONDITIONS shown below, and any other forms and endorsements that apply, including those shown below as well as those issued subsequent to the issuance of this policy.

**Forms, Options, and Endorsements**

FE-8739          Inland Marine Conditions
FE-6271          Amendatory Endorsement
FE-8745          Inland Marine Computer Prop

See Reverse for Schedule Page with Limits

Prepared
SEP 08 2022
FD-6007

001235

© Copyright, State Farm Mutual Automobile Insurance Company, 2008
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

530-686 a.2 05-31-2011 (o10232c)

97-ES-Z261-0                                                                      M 1230

## ATTACHING INLAND MARINE SCHEDULE PAGE

**ATTACHING INLAND MARINE**

| ENDORSEMENT NUMBER | COVERAGE | LIMIT OF INSURANCE | DEDUCTIBLE AMOUNT | ANNUAL PREMIUM |
|---|---|---|---|---|
| FE-8745 | Inland Marine Computer Prop | $ 10,000 | $ 500 | Included |
|  | Loss of Income and Extra Expense | $ 10,000 |  | Included |

──── OTHER LIMITS AND EXCLUSIONS MAY APPLY - REFER TO YOUR POLICY ────

© Copyright, State Farm Mutual Automobile Insurance Company, 2008
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Prepared
SEP 08 2022
FD-6007

001235

SEP 08 2022

530-586 a.2 05-31-7011 (o1D233c)

97-ES-Z261-0      001236

FE-6999.3
Page 1 of 1

In accordance with the Terrorism Risk Insurance Act of 2002 as amended and extended by the Terrorism Risk Insurance Program Reauthorization Act of 2019, this disclosure is part of your policy.

## POLICYHOLDER DISCLOSURE NOTICE OF TERRORISM INSURANCE COVERAGE



Coverage for acts of terrorism is not excluded from your policy. However your policy does contain other exclusions which may be applicable, such as an exclusion for nuclear hazard. You are hereby notified that the Terrorism Risk Insurance Act, as amended in 2019, defines an act of terrorism in Section 102(1) of the Act: The term "act of terrorism" means any act that is certified by the Secretary of the Treasury—in consultation with the Secretary of Homeland Security, and the Attorney General of the United States—to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion. Under this policy, any covered losses resulting from certified acts of terrorism may be partially reimbursed by the United States Government under a formula established by the Terrorism Risk Insurance Act, as amended. Under the formula, the United States Government generally reimburses 80% beginning on January 1,

FE-6999.3

2020 of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage. The Terrorism Risk Insurance Act, as amended, contains a $100 billion cap that limits U.S. Government reimbursement as well as insurers' liability for losses resulting from certified acts of terrorism when the amount of such losses exceeds $100 billion in any one calendar year. If the aggregate insured losses for all insurers exceed $100 billion, your coverage may be reduced.

There is no separate premium charged to cover insured losses caused by terrorism. Your insurance policy establishes the coverage that exists for insured losses. This notice does not expand coverage beyond that described in your policy.

THIS IS YOUR NOTIFICATION THAT UNDER THE TERRORISM RISK INSURANCE ACT, AS AMENDED, ANY LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM UNDER YOUR POLICY MAY BE PARTIALLY REIMBURSED BY THE UNITED STATES GOVERNMENT AND MAY BE SUBJECT TO A $100 BILLION CAP THAT MAY REDUCE YOUR COVERAGE.

©, Copyright, State Farm Mutual Automobile Insurance Company, 2020

**97-ES-Z261-0      001237**



553-4354 CA
Page 1 of 1

# IMPORTANT NOTICE

## Building Code Upgrade Coverage

In accordance with California law, this notice pertains to terms, limits, conditions, or restrictions for building code upgrade coverage.

- If your policy does not include Coverage A, your policy does not have building code upgrade coverage.

- If your policy has Coverage A, and there are no optional Ordinance or Law endorsements attached to your policy, then your policy may have coverage up to 10% of the Coverage A limit in the event the damage is caused by a Covered Cause of Loss to a building that is Covered Property.

  o Coverage applies only if the property is insured at replacement cost; and

  o This 10% of Coverage A limit does not increase the limit available for the overall loss.

- If your policy includes an optional Ordinance or Law Endorsement, your limit for building code upgrade will be stated on the Declarations Page, in addition to the Coverage A limit, and is subject to the conditions of the endorsement.

- Any payment for building code upgrade will be based on any ordinance or law, in effect at the time of the loss, regulating the demolition, repair, rebuilding, replacement, or remodeling of the damaged property.

- We will not pay for:

  o any loss in value for an undamaged portion of the building;

  o any increased cost of construction due to any ordinance that you failed to comply with;

  o the enforcement of any ordinance or law which requires the demolition, repair, rebuilding, replacement, remodeling or remediation, of property due to contamination by "pollutants", "fungi", wet or dry rot, virus, bacteria or other microorganism;

  o any cost associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungi", wet or dry rot, virus, bacteria or other microorganism; or

  o more than the increased cost to repair or rebuild the building with the same height, floor area, and style on the same or similar premises as the damaged premises.

---

**DISCLAIMER:** *This notice is not a statement of contract. This notice does not change, modify, or invalidate the provisions, terms, or conditions as set forth in your State Farm policy booklet, the most recently issued declarations, and any applicable endorsements.*

---

553-4354 CA

(CONTINUED)

**97-ES-Z261-0**      **001237**

M 1230

553-4370 CA

## IMPORTANT NOTICE
## Anti-Fraud Disclosure

For your protection California law requires notification of the following disclosure:

Any person who knowingly presents false or fraudulent information to obtain or amend insurance coverage or to make a claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

553-4370 CA

CMP-4500
Page 1 of 1

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## CMP-4500 APARTMENT ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**SECTION I — PROPERTY** is amended as follows:

1. Paragraph **3.** under **Coverage B – Business Personal Property** does not apply.

2. Regardless of any language to the contrary in this policy, and only for the following Extensions Of Coverage, the most we will pay for loss in any one occurrence at each "complex" is the Limit Of Insurance for that Extension Of Coverage shown in the Declarations:

   Pollutant Clean Up And Removal;

   Money Orders And Counterfeit Money;

   Forgery Or Alterations;

   Personal Property Off Premises;

   Outdoor Property;

   Personal Effects;

   Valuable Papers And Records;

   Accounts Receivable;

   Signs;

   Arson Reward; and

   Property Of Others.

3. Paragraph **3.** of **SECTION I — LIMITS OF INSURANCE** does not apply.

4. Paragraph **1.e.(4)(d)** under Loss Payment of **SECTION I — CONDITIONS** does not apply.

5. The following is added to **SECTION I — DEFINITIONS**:

   "Complex" means one or more covered buildings subject to common ownership, management, and maintenance located on the same or connecting lots.

All other policy provisions apply.

CMP-4500

©, Copyright, State Farm Mutual Automobile Insurance Company, 2008
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CMP-4807
Page 1 of 1

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## CMP-4807 LOCK REPLACEMENT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

1. The following is added under **SECTION I — EXTENSIONS OF COVERAGE**:

   **Lock Replacement**

   **a.** We will pay for the cost to repair or replace locks at the described premises due to theft or other loss to keys.

   **b.** The most we will pay under this Extension Of Coverage in any one occurrence at each "complex", as described in the policy, is the Limit Of Insurance shown on the Declarations for Lock Replacement.

   **c.** Regardless of the amount of the Basic Deductible, the most we will deduct from any loss under this Extension of Coverage in any one occurrence is the applicable deductible listed for Lock Replacement under Special Deductibles shown in the Declarations.

   The amount we pay under this Extension Of Coverage is an additional amount of insurance.

2. With respect to this endorsement, the first paragraph under **SECTION I — EXTENSIONS OF COVERAGE** is replaced by the following:

   Subject to the terms and conditions applicable to **SECTION I — PROPERTY** of this coverage form, Lock Replacement applies separately to each "complex" we insure.

All other policy provisions apply.

CMP-4807

©, Copyright, State Farm Mutual Automobile Insurance Company, 2008
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CMP-4502
Page 1 of 1

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## CMP-4502 TENANT MOVE BACK EXPENSES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

1. The following is added under **SECTION I — EXTENSIONS OF COVERAGE**:

   **Tenant Move Back Expenses**

   **a.** We will pay for expenses that you incur to move your "tenants" back to the described premises from a temporary location in the event that your "tenants" must temporarily vacate a Covered Building at the premises described in the Declarations due to untenantability. The vacancy must result from an accidental direct physical loss to your Covered Property caused by a Covered Cause Of Loss.

   **b.** We will only pay for the following expenses:

      **(1)** Packing, transporting and unpacking of "tenants' property"; and

      **(2)** The net cost to reestablish the tenants' utility and telephone services, after any refunds due the tenants.

   **c.** We will only pay for expenses listed in Paragraphs **b.(1)** and **b.(2)** above that you incur within 60 days of the date that the damaged building has been repaired or rebuilt.

   **d.** The most we will pay under this Extension Of Coverage in any one occurrence at each "complex", as described in the policy, is the Limit Of Insurance shown on the Declarations for Tenant Move Back Expenses.

The amount we pay under this Extension Of Coverage is an additional amount of insurance.

2. With respect to this endorsement, the first paragraph under **SECTION I — EXTENSIONS OF COVERAGE** is replaced by the following:

   Subject to the terms and conditions applicable to **SECTION I — PROPERTY** of this coverage form, Tenant Move Back Expenses applies separately to each "complex" we insure.

3. With respect to this endorsement the following definitions apply:

   **a.** "Tenant" means anyone who is lawfully residing in a leased unit or apartment of a Covered Building.

      A person is lawfully residing in a unit or apartment if:

      **(1)** He or she is in compliance with the terms of a written lease with the named insured; and

      **(2)** He or she is a permanent resident of such unit or apartment during the term of the lease.

   **b.** "Tenants' property" means "money", "securities" and other tangible property having intrinsic value that belongs to your tenants.

All other policy provisions apply.

CMP-4502

©, Copyright, State Farm Mutual Automobile Insurance Company, 2008
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CMP-4503.1
Page 1 of 2

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## CMP-4503.1 HEATING OR AIR CONDITIONING LOSS REIMBURSEMENT COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

1. The following is added to **SECTION II — LIABILITY**:

   **Heating Or Air Conditioning Loss Reimbursement**

   1. **Insuring Agreement**

      a. We will reimburse you for payments you make voluntarily or because of a demand for a per diem remuneration of rent from a "tenant" as a result of the complete loss of heat or air conditioning to a "tenant's" leased unit or apartment due to mechanical breakdown or electrical failure of the heating or air conditioning system at the described premises.

      The most we will reimburse you for the sum of all voluntary payments and demands for per diem reimbursement by "tenants" under the Heating Or Air Conditioning Loss Reimbursement Coverage is $5,000 as the result of any one mechanical breakdown or electrical failure of the heating or air conditioning system at a described premises and $10,000 in any annual period starting with the beginning of the policy period shown in the Declarations.

      b. This insurance applies only if the mechanical breakdown or electrical failure of the heating or air conditioning system at the described premises occurred during the policy period and:

         (1) You have received a written demand for a per diem remuneration of rent from a "tenant" within 90 days after the mechanical breakdown or electrical failure of the heating or air conditioning system at the described premises; or

         (2) You reasonably determine that a voluntary payment to the "tenant" is necessary to prevent "bodily injury" or "property damage".

   c. We shall have no duty or obligation to defend the insured or perform acts or services.

   2. **Exclusions**

      This insurance does not apply to:

      a. Expenses incurred by you to repair or replace the heating or air conditioning system at the described premises.

      b. "Bodily injury", "property damage" and "personal and advertising injury".

2. With respect to this endorsement the following apply:

   1. Duties In The Event Of Occurrence, Offense, Claim Or Suit under **SECTION II — GENERAL CONDITIONS** is replaced by the following:

      **DUTIES IN THE EVENT OF A HEATING OR AIR CONDITIONING SYSTEM FAILURE**

      a. You must notify us as soon as possible of a demand for remuneration from a "tenant" or of a payment you make voluntarily. The notice should include:

         (1) A written letter from the "tenant" of the demand for remuneration;

         (2) A written description by you of how, when and where the mechanical breakdown or electrical failure of the heating or air conditioning system occurred;

         (3) The name and address of the affected "tenant"; and

         (4) A cancelled check or money order written to the "tenant".

      b. At our request, give us complete information as to:

         (1) The cause of the mechanical breakdown or electrical failure of the heating or air conditioning system; and

©, Copyright, State Farm Mutual Automobile Insurance Company, 2017
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CONTINUED

**(2)** The actions you took to have the heating or air conditioning system repaired or replaced by a competent technician as soon as possible.

**c.** Cooperate with us in the review of the reimbursement.

**2. Definitions**

"Tenant" means anyone who is lawfully residing in a leased unit or apartment of a covered building.

A person is lawfully residing in a unit or apartment if:

**a.** He or she is in compliance with the terms of a written lease with the named insured; and

**b.** He or she is a permanent resident of such unit or apartment during the term of the lease.

All other policy provisions apply.

CMP-4503.1

©, Copyright, State Farm Mutual Automobile Insurance Company, 2017
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## CMP-4746.1 HIRED AUTO LIABILITY

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

1. The insurance provided under **Coverage L – Business Liability** in **SECTION II – LIABILITY**, applies to "bodily injury" or "property damage" arising out of the maintenance or use of a "hired auto" by you or your "employees" in the course of your business.

2. For insurance provided by this endorsement only:

   **a.** The exclusions under **Section II – Exclusions**, other than exclusions **1.**, **2.**, **4.**, **7.**, and **10.**, and the **SECTION II – NUCLEAR ENERGY LIABILITY EXCLUSION**, are deleted and replaced by the following:

      **(1)** "Bodily injury" to:

         **(a)** An "employee" of the insured arising out of and in the course of:

            **i.** Employment by the insured; or

            **ii.** Performing duties related to the conduct of the insured's business; or

         **(b)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(a)** above.

      This exclusion applies:

         **(a)** Whether the insured may be liable as an employer or in any other capacity; and

         **(b)** To any obligation to share damages with or repay someone else who must pay damages because of injury.

      This exclusion does not apply to:

         **(a)** Liability assumed by the insured under an "insured contract"; or

         **(b)** "Bodily injury" arising out of and in the course of domestic employment by the insured unless benefits for such injury are in whole or in part either payable or required to be provided under any workers compensation law.

      **(2)** "Property damage" to:

         **(a)** Property owned or being transported by, or rented or loaned to the insured; or

         **(b)** Property in the care, custody or control of the insured.

   **b.** We will not pay under **Coverage M – Medical Expenses** for "bodily injury" arising out of the use of any "hired auto".

   **c.** **SECTION II – WHO IS AN INSURED**, is replaced by the following:

      **1.** Each of the following is an insured under this endorsement to the extent set forth below:

         **a.** You;

         **b.** Any other person using a "hired auto" with your permission; and

         **c.** Any other person or organization, but only for their liability because of acts or omissions of an insured under **a.** or **b.** above.

      **2.** None of the following is an insured:

         **a.** Any person engaged in the business of his or her employer for "bodily injury" to any co-"employee" of such person injured in the course of employment, or to the spouse, child, parent, brother or sister of that co-"employee" as a consequence of such "bodily injury", or for any obligation to share damages with or repay someone else who must pay damages because of the injury;

         **b.** Any:

            **(1)** Partner or "executive officer" for any "auto" owned by or registered to such partner or officer or a member of his or her household; or

© Copyright, State Farm Mutual Automobile Insurance Company, 2013
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CONTINUED

**(2)** "Employee" for any "auto" owned by or registered to such "employee" or a member of his or her household;

**c.** Any person while employed in or otherwise engaged in duties in connection with an "auto business", other than an "auto business" you operate;

**d.** The owner or lessee (of whom you are a sublessee) of a "hired auto" or any agent of or any person or entity employed by such owner or lessee; or

**e.** Any person or organization for the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Declarations.

**3.** With respect to this endorsement the following additional definitions apply:

**a.** "Auto business" means the business or occupation of selling, repairing, servicing, storing or parking "autos".

**b.** "Hired auto" means any "auto" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent or borrow from any of your "employees", your partners or members (if you are a partnership or joint venture), "members" or "managers" (if you are a limited liability company), your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or members of their households.

All other policy provisions apply.

CMP-4746.1

©, Copyright, State Farm Mutual Automobile Insurance Company, 2013
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CMP-4260.1
Page 1 of 2

## AMENDATORY ENDORSEMENT (California)

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

1. **SECTION I □ EXCLUSIONS** is amended as follows:

   a. Paragraph **2.f. Dishonesty** is replaced by the following:

      f. **Dishonesty**

         (1) Dishonest or criminal acts by you, anyone else with an interest in the property, or any of your or their partners, □members□, officers, □managers□ employees, directors, trustees, or authori□ed representatives, whether acting alone or in collusion with each other or with any other party□or

         (2) Theft by any person to whom you entrust the property for any purpose, whether acting alone or in collusion with any other party.

         This exclusion applies whether or not an act occurs during your normal hours of operation.

         This exclusion does not apply to acts of destruction by your employees□ but theft by your employees is not covered.

         With respect to accounts receivable and □valuable papers and records□ this exclusion does not apply to carriers for hire.

   b. Under Paragraph **i. Fungi, Virus Or Bacteria**, the reference to **23. Fungi, Wet Or Dry Rot** is changed to 2□**. Fungi, Wet Or Dry Rot**.

2. Paragraph 2□**. d.** under **Fungi, Wet Or Dry Rot And Bacteria** of **SECTION I □ EXTENSIONS OF COVERAGE** does not apply.

3. **SECTION II □ LIABILITY** is amended as follows:

   a. When used in this policy, the words □his or her□are replaced with □that person□s□

   b. **Section II □Exclusions** is amended as follows:

   (1) Paragraphs **17.b.** and **17.c.** under **Personal And Advertising In□ury** are replaced by the following:

      b. Arising out of oral or written publication of material, in any manner, if done by or at the direction of the insured with knowledge of its falsity□

      c. Arising out of oral or written publication of material, in any manner, whose first publication took place before the beginning of the policy period□

   c. Under **SECTION II □ MEDICAL EXPENSES**, Paragraph **1.d.(2)** under **Coverage M □Medical Expenses** is replaced by the following:

      (2) Executes authori□ation to allow us to obtain copies of medical bills, medical records, and any other information we deem necessary to substantiate the claim.

         Such authori□ations must not:

         (a) Restrict us from performing our business functions in:

            i. Obtaining records, bills, information, and data□or

            ii. Using or retaining records, bills, information, and data collected or received by us□

         (b) Require us to violate federal or state laws or regulations□

         (c) Prevent us from fulfilling our data reporting and data retention obligations to insurance regulators□or

         (d) Prevent us from disclosing claim information and data:

            i. To enable performance of our business functions□

            ii. To meet our reporting obligations to insurance regulators□

            iii. To meet our reporting obligations to insurance data consolidators□and

□, Copyright, State Farm Mutual Automobile Insurance Company, 2019
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CMP-4260.1
Page 2 of 2

**iv.** As otherwise permitted by law.

If the holder of the information refuses to provide it to us despite the authori□ation, then at our request the person making claim or his or her legal representative must obtain the information and promptly provide it to us□and

**d. SECTION II □ DEFINITIONS** is amended as follows:

**(1)** Paragraphs **1□.f.** and **1□.g** are replaced by the following:

**f.** The use of another□s advertising idea in your □advertisement□□or

**g.** Infringing upon another□s copyright, trade dress· or slogan in your □advertisement□

**(2)** Paragraph **1□.h.** is deleted.

⊟. The following are added to **SECTION I AND SECTION II □ COMMON POLICY CONDITIONS**:

**Our Rights Regarding Claim Information**

**a.** We will collect, receive, obtain, use, and retain all the items described in Paragraph **b.(1)** below and use and retain the information described in Paragraph **b.(3)(b)** below, in accordance with applicable federal and state laws and regulations and consistent with the performance of our business functions.

**b.** Sub□ect to Paragraph **a.** above, we will not be restricted in or prohibited from:

**(1)** Collecting, receiving, or obtaining records, receipts, invoices, medical bills, medical records, wage information, salary information, employment information, data, and any other information□

**(2)** Using any of the items described in Paragraph **b.(1)** above□or

**(3)** Retaining:

**(a)** Any of the items in Paragraph **b.(1)** above□or

**(b)** Any other information we have in our possession as a result of our processing, handling, or otherwise resolving claims submitted under this policy.

**c.** We may disclose any of the items in Paragraph **b.(1)** above and any of the information described in Paragraph **b.(3)(b)** above:

**(1)** To enable performance of our business functions□

**(2)** To meet our reporting obligations to insurance regulators□

**(3)** To meet our reporting obligations to insurance data consolidators□

**(□)** To meet other obligations required by law□and

**(□)** As otherwise permitted by law.

**d.** Our rights under Paragraphs **a.**, **b.**, and **c.** above shall not be impaired by any:

**(1)** Authori□ation related to any claim submitted under this policy□or

**(2)** Act or omission of an insured or a legal representative acting on an insured□s behalf.

All other policy provisions apply.

CMP-4260.1

□, Copyright, State Farm Mutual Automobile Insurance Company, 2019
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CMP-4261
Page 1 of 1

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## AMENDATORY ENDORSEMENT (California)

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

### SECTION I – CONDITIONS

Under Paragraph **1. Property Loss Conditions**, item **e. (4) (a) ii. 2)** of **Loss Payment** is replaced by the following:

Within 36 months after we pay the actual cash value if the loss or damage relates to a state of emergency as described in Section 8558 of the Government Code;

All other policy provisions apply.

CMP-4261

©, Copyright, State Farm Mutual Automobile Insurance Company, 2019
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## CMP-4506.2 LOSS OF INCOME AND EXTRA EXPENSE (Apartment)

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The coverage provided by this endorsement is subject to the provisions of **SECTION I — PROPERTY**, except as provided below.

## COVERAGES

### 1. Loss Of Income

**a.** We will pay for the actual "Loss Of Income" you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by accidental direct physical loss to property at the described premises. The loss must be caused by a Covered Cause Of Loss. With respect to loss to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of the site at which the described premises are located.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, then the described premises means:

**(1)** The portion of the building which you rent, lease or occupy; and

**(2)** Any area within the building or on the site at which the described premises are located, if that area is the only such area that:

**(a)** Services; or

**(b)** Is used to gain access to;

the described premises.

**b.** We will only pay for "Loss Of Income" that you sustain during the "period of restoration" that occurs after the date of accidental direct physical loss and within the number of consecutive months for Loss Of Income And Extra Expense shown in the Declarations. We will only pay for "ordinary payroll expenses" for 90 days following the date of accidental direct physical loss.

### 2. Extra Expense

**a.** We will pay necessary "Extra Expense" you incur during the "period of restoration" that you would not have incurred if there had been no accidental direct physical loss to property at the described premises. The loss must be caused by a Covered Cause Of Loss. With respect to loss to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of the site at which the described premises are located.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, then the described premises means:

**(1)** The portion of the building which you rent, lease or occupy; and

**(2)** Any area within the building or on the site at which the described premises are located, if that area is the only such area that:

**(a)** Services; or

**(b)** Is used to gain access to;

the described premises.

**b.** We will only pay for "Extra Expense" that occurs after the date of accidental direct physical loss and within the number of consecutive months for Loss Of Income And Extra Expense shown in the Declarations.

### 3. Extended Loss Of Income

**a.** If the necessary "suspension" of your "operations" produces a "Loss Of Income" payable under this policy, we will pay for the actual "Loss Of Income" you incur during the period that:

**(1)** Begins on the date property, except finished stock, is actually repaired, rebuilt or replaced and "operations" are resumed; and

©, Copyright, State Farm Mutual Automobile Insurance Company, 2016
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CONTINUED

**(2)** Ends on the earlier of:

    **(a)** The date you could restore your "operations", with reasonable speed, to the level which would generate the Net Income amount that would have existed if no accidental direct physical loss had occurred; or

    **(b)** 90 consecutive days after the date determined in Paragraph **a.(1)** above.

However, Extended Loss Of Income does not apply to "Loss Of Income" incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause Of Loss in the area where the described premises are located.

**b.** "Loss Of Income" must be caused by accidental direct physical loss at the described premises caused by any Covered Cause Of Loss.

## 4. Civil Authority

**a.** When a Covered Cause Of Loss causes damage to property other than property at the described premises, we will pay for the actual "Loss Of Income" you sustain and necessary "Extra Expense" caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

    **(1)** Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged property; and

    **(2)** The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause Of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

**b.** Civil Authority coverage for "Loss Of Income" will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to four consecutive weeks from the date on which such coverage began.

**c.** Civil Authority coverage for necessary "Extra Expense" will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

    **(1)** Four consecutive weeks after the date of that action; or

    **(2)** When your Civil Authority coverage for "Loss Of Income" ends;

whichever is later.

## EXTENSIONS OF COVERAGE

### 1. Newly Acquired Property

**a.** You may extend the insurance provided by this endorsement to apply to newly acquired or constructed property covered as described in Paragraph **12.** of **SECTION I — EXTENSIONS OF COVERAGE** of your policy.

**b.** The most we will pay in any one occurrence under this coverage for "Loss Of Income" and necessary "Extra Expense" is the actual loss you sustain.

### 2. Interruption Of Web Site Operations

**a.** You may extend the insurance provided by this endorsement to apply to the necessary interruption of your business. The interruption must be caused by an accidental direct physical loss to your Web Site Operations at the premises of a vendor acting as your service provider.

Such interruption must be caused by a Covered Cause Of Loss other than a loss covered under Equipment Breakdown Extension Of Coverage of your Businessowners Coverage Form.

    **(1)** Coverage Time Period

        We will only pay for loss you sustain during the seven-day period immediately following the first 12 hours after the Covered Cause Of Loss.

    **(2)** Conditions

        **(a)** This coverage applies only if you have a back-up copy of your Web Site stored at a location other than the site of the Web Site vendor and to the extent "Loss Of Income" is permanently lost.

        **(b)** Notwithstanding any provision to the contrary, the coverage provided under this Interruption Of Web Site

©, Copyright, State Farm Mutual Automobile Insurance Company, 2016
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CONTINUED

Operations Extension Of Coverage is primary to any LOSS OF IN-COME AND EXTRA EXPENSE coverage provided by the **Inland Marine Computer Property Form**.

**b.** The most we will pay in any one occurrence under this coverage is $10,000.

**3. Off Premises – Loss Of Income**

**a.** You may extend the insurance provided by this endorsement to apply to the necessary "suspension" of your business. The "suspension" must be caused by an accidental direct physical loss to Covered Property while it is in the course of transit or at another premises.

If the Covered Property is located at another premises you own, lease, operate, or regularly use, the insurance provided under this extension applies only if the loss occurs within 90 days after the property is first moved.

We will only pay for loss you sustain during the period beginning immediately after the time of accidental direct physical loss caused by any Covered Cause Of Loss and ending when the property should be repaired, rebuilt or replaced with reasonable speed and similar quality.

**b.** The most we will pay in any one occurrence under this coverage is $20,000.

## EXCLUSIONS

We will not pay for:

**1.** Any "Extra Expense", or increase of "Loss Of Income", caused by:

**a.** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers, picketers, or any others charged with rebuilding, repairing or replacing property; or

**b.** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of your "operations", we will cover such loss that affects your "Loss Of Income" during the "period of restoration".

**2.** Any other consequential loss.

## CONDITION

### Resumption Of Operations

We will reduce the amount of your:

**1.** "Loss Of Income", other than "Extra Expense", to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

**2.** "Extra Expense" loss to the extent you can return "operations" to normal and discontinue such "Extra Expense".

## DEDUCTIBLE

No deductible applies to the coverage provisions provided in this "Loss Of Income" endorsement.

However, for any loss covered under Paragraph **22.b.(4)** of the Equipment Breakdown Extension Of Coverage of your policy, the Special Deductible for Equipment Breakdown will apply to this "Loss Of Income".

## DEFINITIONS

**1.** "Extra Expense" means expense incurred:

**a.** To avoid or minimize the "suspension" of business and to continue "operations":

**(1)** At the described premises; or

**(2)** At replacement premises or at temporary locations, including relocation expenses, and costs to equip and operate the replacement or temporary locations;

**b.** To minimize the "suspension" of business if you cannot continue "operations"; or

**c.** To:

**(1)** Repair or replace any property; or

**(2)** Research, replace or restore the lost information on damaged "valuable papers and records"

to the extent it reduces the amount of loss that otherwise would have been payable under this coverage or "Loss Of Income" coverage.

**2.** "Loss Of Income" means the sum of the amounts as described in **a.** and **b.** below:

**a.** Net Income (net profit or loss before income taxes) that would have been earned or incurred if no accidental direct physical loss had occurred, including:

**(1)** "Rental value"; and

©, Copyright, State Farm Mutual Automobile Insurance Company, 2016
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CONTINUED

(2) Total receipts and contributions (less operating expenses) normally received during the period of disruption of operations.

Net Income does not include any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause Of Loss on customers or on other businesses.

**b.** Continuing normal operating expenses incurred, including "ordinary payroll expenses".

**3.** "Operations" means your business activities occurring at the described premises.

**4.** "Ordinary payroll expenses":

**a.** Mean payroll expenses for all your employees except:

(1) Officers;

(2) Executives;

(3) Department Managers; and

(4) Employees under contract.

**b.** Include:

(1) Payroll;

(2) Employee benefits, if directly related to payroll;

(3) FICA payments you pay;

(4) Union dues you pay; and

(5) Workers' compensation premiums.

**5.** "Period of restoration":

**a.** Means the period of time that;

(1) Begins immediately after the time of accidental direct physical loss caused by any Covered Cause Of Loss at the described premises; and

(2) Ends on the earlier of:

(a) The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

(b) The date when business is resumed at a new permanent location.

**b.** Does not include any increased period required due to the enforcement of any ordinance or law that:

(1) Regulates the construction, use or repair, or requires the tearing down of any property; or

(2) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

**6.** "Rental value" means:

**a.** The total anticipated rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you;

**b.** The amount of all charges which are the legal obligation of the tenant(s) and which would otherwise be your obligations; and

**c.** The fair rental value of any portion of the described premises which is occupied by you.

**7.** "Suspension" means:

**a.** The partial slowdown or complete cessation of your business activities; or

**b.** That a part or all of the described premises is rendered untenantable, if coverage for "Loss Of Income" applies.

All other policy provisions apply.

CMP-4506.2

©, Copyright, State Farm Mutual Automobile Insurance Company, 2016
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## CMP-4710 EMPLOYEE DISHONESTY

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following is added as an Extension of Coverage under **SECTION I — EXTENSIONS OF COVERAGE**.

**Employee Dishonesty**

1. We will pay for direct physical loss to Business Personal Property and "money" and "securities" resulting from dishonest acts committed by any of your "employees" acting alone or in collusion with other persons (except you or your partner) with the manifest intent to:

   **a.** Cause you to sustain loss; and

   **b.** Obtain financial benefit (other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions or other "employee" benefits earned in the normal course of employment) for:

   **(1)** Any "employee"; or

   **(2)** Any other person or organization intended by that "employee" to receive that benefit.

2. The most we will pay for loss under this Coverage in any one occurrence, regardless of the number of described premises, is the Limit Of Insurance for Employee Dishonesty shown in the Declarations, even if the occurrence includes more than one policy period.

   The amount we pay under this Extension of Coverage is an additional amount of insurance.

   Regardless of the amount of the Basic Deductible, the most we will deduct from any loss under this Extension of Coverage in any one occurrence is the applicable deductible listed for Employee Dishonesty under Special Deductibles shown in the Declarations.

3. We will determine the value of:

   **a.** "Money" at its face value; and

   **b.** "Securities" at their value at the close of business on the day the loss is discovered.

4. All loss:

   **a.** Caused by one or more persons; or

   **b.** Involving a single act or series of acts;

   is considered one occurrence.

5. With respect to coverage provided by this endorsement:

   **a.** Paragraph **2.** of **Property Not Covered** does not apply.

   **b.** Paragraph **1.d.** of **Property Subject To Limitations** does not apply.

   **c.** Paragraph **2.f.** of **SECTION I — EXCLUSIONS** does not apply.

   **d.** The first paragraph under **SECTION I — EXTENSIONS OF COVERAGE** does not apply.

6. We will not pay for loss:

   **a.** Resulting from any dishonest or criminal act that you or any of your partners commit whether acting alone or in collusion with other persons.

   **b.** When the only proof of its existence or amount is:

   **(1)** An inventory computation; or

   **(2)** A profit and loss computation.

7. This Coverage does not apply to any "employee" immediately upon discovery by:

   **a.** You; or

   **b.** Any of your partners, "members", "managers", officers, directors, or trustees not in collusion with the "employee";

   of any dishonest act committed by that "employee" before or after being hired by you.

8. We will pay only for loss you sustain through acts committed or events occurring during the policy period.

   These acts must be discovered no later than one year from the end of the policy period.

9. Regardless of the number of years this policy remains in force or the number of premiums paid, no Limit Of Insurance cumulates from year to year or period to period.

© , Copyright, State Farm Mutual Automobile Insurance Company, 2008
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CONTINUED

**10.** If any loss is covered:

   **a.** Partly by this insurance; and

   **b.** Partly by any prior cancelled or terminated insurance or expired policy period that we or any affiliate had issued to you or any predecessor in interest;

the most we will pay is the larger of the amount recoverable under this insurance or the prior insurance.

**11.** If you (or any predecessor in interest) sustained loss during the policy period of any prior insurance that you could have recovered under that insurance except that the time within which to discover loss had expired, we will pay for it under this Coverage, provided:

   **a.** This Coverage became effective at the time of cancellation or termination of the prior insurance; and

   **b.** The loss would have been covered by this Coverage had it been in effect when the acts or events causing the loss were committed or occurred.

**12.** The insurance under Paragraph **11.** above is part of, not in addition to, the Limit Of Insurance applying to this Coverage and is limited to the lesser of the amount recoverable under:

   **a.** This Coverage as of its effective date; or

   **b.** The prior insurance had it remained in effect.

**13.** With respect to this Coverage "employee" means:

   **a.** Any natural person:

     **(1)** While in your service or for 30 days after termination of service;

     **(2)** Who you compensate directly by salary, wages or commissions; and

     **(3)** Who you have the right to direct and control while performing services for you;

   **b.** Any "manager", director, officer or trustee, whether compensated or not, except while performing acts outside the scope of their normal duties;

   **c.** Any natural person who is furnished temporarily to you:

     **(1)** To substitute for a permanent "employee" as described in Paragraph **a.** above, who is on leave; or

     **(2)** To meet seasonal or short-term work load conditions;

   **d.** Any natural person who is leased to you under a written agreement between you and a labor leasing firm, to perform duties related to the conduct of your business, but does not mean a temporary "employee" as described in Paragraph **c.** above;

   **e.** Any natural person who is a former "employee", director, officer, partner, "member", "manager", representative or trustee retained as a consultant while performing services for you; or

   **f.** Any natural person who is a guest student or intern pursuing studies or duties, excluding, however, any such person while having care and custody of property outside any building you occupy in conducting your business.

But this does not include any agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character.

All other policy provisions apply.

CMP-4710

©, Copyright, State Farm Mutual Automobile Insurance Company, 2008
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CMP-4828
Page 1 of 1

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## CMP-4828 EXTRA REPLACEMENT COST COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

1. The following is added to **SECTION I — PROPERTY**:

   **Extra Replacement Cost Coverage**

   a. We will settle covered losses to buildings or structures at the described premises under **Coverage A – Buildings** for the amount you actually spend that is necessary to repair or replace the damaged building or structure, up to the applicable Limit Of Insurance. If the amount spent for covered damage exceeds the applicable Limit Of Insurance, an additional 20% of the stated limit is available to cover the cost of repair or replacement. This coverage applies separately to each premises described in the Declarations.

   b. Extra Replacement Cost Coverage does not apply to the following property under **Coverage A – Buildings**:

      **(1)** Structures that are not buildings;

      **(2)** Outdoor fixtures;

      **(3)** Personal property that is used to maintain or service the buildings or structures or described premises, including:

         **(a)** Fire extinguishing equipment;

         **(b)** Outdoor furniture;

         **(c)** Floor coverings; and

         **(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

      **(4)** If not covered by other insurance, materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the buildings or structures.

   c. **Report Increase Values**

      You must notify us within 90 days of the start of any additions to or remodeling of the buildings which increases the value of any one building by $10,000 or more and pay any additional premium due for the increase in value. If you fail to notify us within 90 days, our payment will not exceed the applicable Limit Of Insurance applying to the damaged buildings. See Loss Payment under **SECTION I — CONDITIONS** for additional provisions.

2. For purposes of this endorsement:

   a. Paragraph **1.e.(4)(a)i.1)** under Loss Payment of **SECTION I — CONDITIONS** is replaced by the following:

      **1)** Up to 120% of the Limit Of Insurance shown in the Declarations under **COVERAGE A – BUILDINGS** that applies to the damaged building or structure;

   b. Paragraph **12.** Newly Acquired Or Constructed Property under **SECTION I — EXTENSIONS OF COVERAGE** does not apply.

All other policy provisions apply.

CMP-4828

©, Copyright, State Farm Mutual Automobile Insurance Company, 2008
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

97-ES-Z261-0      002430

CMP-4864
Page 1 of 3

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## CMP-4864 ORDINANCE OR LAW (Business – California)

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

LOSS OF INCOME AND EXTRA EXPENSE

Coverage provided under this endorsement applies only if an "X" is shown in the box for that coverage in the Schedule below.

### SCHEDULE

| | | |
|---|---|---|
| ☒ | **A. Loss In Value Coverage** | |
| ☒ | **B. Increased Cost And Demolition Coverage** | |
| | ☐ **10 Percent** | ☐ **50 Percent** |
| | ☒ **25 Percent** | ☐ **100 Percent** |

### A. Loss In Value Coverage

1. In the event of damage by a Covered Cause Of Loss to a building, that is Covered Property, we will pay for the loss in value of the undamaged portion of the building as a consequence of enforcement of any "ordinance or law" that requires demolition of undamaged parts of the same building. However, we will not pay for:

   a. Any cost of demolishing or clearing the site of undamaged portions of the covered building; or

   b. Any increased cost to repair, rebuild, replace, or remodel the building caused by enforcement of any "ordinance or law".

2. When there is a loss in value of an undamaged portion of a building to which this Loss In Value Coverage applies, the loss payment for that building, including damaged and undamaged portions, will be the lesser of:

   a. The actual cash value of the building as of the time of loss if the covered building property is not repaired, rebuilt, or replaced;

   b. The amount you actually spend to repair, rebuild or replace the building if the covered building property is repaired, rebuilt, or replaced on the same or another premises, but not more than a building of the same height, floor area, and style on the same or similar premises as the damaged building; or

   c. The Limit Of Insurance shown in the Declarations as applicable to the covered building.

3. The terms of this Loss In Value Coverage apply separately to each building to which the policy applies.

### B. Increased Cost And Demolition Coverage

1. In the event of damage by a Covered Cause Of Loss to a building that is Covered Property, we will pay the:

   a. Increased costs incurred to:

      (1) Repair, rebuild, or replace damaged parts of that property; or

      (2) Rebuild or remodel undamaged parts of that property, whether or not demolition is required;

      when the increased costs are a consequence of enforcement of the minimum requirements of the "ordinance or law".

      However, this coverage, for increased costs, applies only if the repaired, rebuilt, replaced, or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by an "ordinance or law".

©, Copyright, State Farm Mutual Automobile Insurance Company, 2013
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CONTINUED

97-ES-Z261-0        002430

CMP-4864
Page 2 of 3

If you elect to rebuild at another premises, we will pay the increased cost which would have been incurred had the building been repaired, rebuilt, replaced, or remodeled at the described premises.

However, if the "ordinance or law" requires relocation to another premises, we will pay the increased cost incurred at the new premises; and

b. Cost to demolish and clear the site of undamaged parts of the same building, as a consequence of enforcement of any "ordinance or law" that requires demolition of such undamaged property.

2. We will not pay for:

a. Any loss in value for an undamaged portion of a building caused by enforcement of any "ordinance or law"; or

b. The increased cost:

(1) Until the property is actually repaired, rebuilt, replaced, or remodeled, at the described or another premises; and

(2) Unless the repairs, rebuilding, replacement, or remodeling are made within two years after our payment of the actual cash value of the property subject to the replacement cost coverage. We may extend this period in writing during the two years.

3. The most we will pay under this Increased Cost And Demolition Coverage, for each described premises insured under **SECTION I — PROPERTY**, is the lesser of:

a. The amount you actually spend:

(1) For the increased cost to repair, rebuild, replace, or remodel the building at the described or another premises in the same general vicinity if relocation is required by any "ordinance or law", but not more than a building of the same height, floor area, and style on the same or similar premises as the damaged building; and

(2) To demolish and clear the site of the undamaged parts of the building at the described premises caused by enforcement of any "ordinance or law"; or

b. The percentage for Increased Cost And Demolition Coverage, as shown in the Schedule above, applied to the Limit Of Insurance applicable to that damaged building as shown in the Declarations.

If a damaged building is covered under a blanket Limit Of Insurance which applies to more than one building, then the most we will pay, is the amount determined by applying the percentage, as shown in the Schedule above, to the risk amount shown in our records as of the most recent Declarations applicable to that damaged building.

The amount we pay under this Increased Cost And Demolition Coverage is in addition to the applicable Limit Of Insurance.

4. The amount payable, as stated in Paragraph 3. above, is not subject to Paragraph e.(4)(a)iii. under Loss Payment of **SECTION I – CONDITIONS**.

5. The following will amend the Loss Of Income And Extra Expense endorsement if Loss Of Income And Extra Expense is shown in the Declarations:

Paragraph 6. under the Loss Of Income And Extra Expense Definitions, is replaced by the following:

6. "Period of restoration";

a. Means the period of time that:

(1) Begins immediately after the time of accidental direct physical loss caused by any Covered Cause Of Loss at the described premises; and

(2) Ends on the earlier of:

(a) The date when the property at the described premises should be repaired, rebuilt, or replaced with reasonable speed and similar quality; or

(b) The date when business is resumed at a new permanent location.

©, Copyright, State Farm Mutual Automobile Insurance Company, 2013
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CONTINUED

97-ES-Z261-0    002431

b. Does not include any increased period required due to the enforcement of any "ordinance or law" that requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

C. The following apply to both Loss In Value Coverage and Increased Cost And Demolition Coverage provided by this endorsement:

1. We will not pay for:

a. Loss due to any "ordinance or law" that:

(1) You were required to comply with before the loss, even when the building was undamaged; and

(2) You failed to comply with;

b. The enforcement of any "ordinance or law" which requires the demolition, repair, rebuilding, replacement, remodeling or remediation, of property due to contamination by "pollutants", or due to the presence, growth, proliferation,

spread or any activity of "fungi", wet or dry rot, virus, bacteria or other microorganism; or

c. Any costs associated with the enforcement of any "ordinance or law" which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungi", wet or dry rot, virus, bacteria or other microorganism.

2. The coverage provided by this endorsement is not subject to the terms of the Ordinance Or Law Exclusion, to the extent that such Exclusion would conflict with the provisions of this endorsement.

3. "Ordinance or law" as referred to in this endorsement, means any ordinance or law that is in force at the time of loss and regulates the demolition, repair, rebuilding, replacement, or remodeling of buildings or establishes zoning or land use requirements at:

a. The described premises; or

b. Another premises, if such ordinance or law requires relocation.

All other policy provisions apply.

CMP-4864

©, Copyright, State Farm Mutual Automobile Insurance Company, 2013
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

ST-3
2022-4000

97-ES-Z261-0     002433

CMP-4860.1
Page 1 of 2

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## CMP-4860.1 ADDITIONAL INSURED — DESIGNATED PERSON OR ORGANIZATION



This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

### SCHEDULE

**Policy Number:** 97-ES-Z261-0

**Named Insured:**

IRENT INC
232 MOUNT SHASTA DR
SAN RAFAEL CA  94903-1081

**Name And Address Of Additional Insured Person Or Organization:**

PROGRESSIVE PROPERTY GROUP
PO BOX 720046
SAN FRANCISCO CA  94172-0046

1. **SECTION II — WHO IS AN INSURED** of **SECTION II — LIABILITY** is amended to include, as an additional insured, any person or organization shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

   a. **Premises And Ongoing Operations**

      Your acts or omissions or the acts or omissions of those acting on your behalf:

      **(1)** In connection with your premises; or

      **(2)** In the performance of your ongoing operations; or

   b. **Products-Completed Operations**

      "Your work" performed for that additional insured and included in the "products-completed operations hazard".

   However, Paragraph **1.** above is subject to the following:

   a. The insurance afforded to the additional insured only applies to the extent permitted by law;

   b. If coverage provided to the additional insured is required by a contract or agreement, the insurance provided to the additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured; and

   c. If the contract or agreement between you and the additional insured is governed by California Civil Code Section 2782 or 2782.05, the insurance provided to the additional insured is the lesser of that which:

      **(1)** Is allowed for the satisfaction of a defense or indemnity obligation by California Civil Code Section 2782 or 2782.05 for your sole liability; or

      **(2)** You are required by contract or agreement to provide for such additional insured.

   We have no duty to defend or indemnify the additional insured under this endorsement until a claim or "suit" is tendered to us.

©, Copyright, State Farm Mutual Automobile Insurance Company, 2013
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CONTINUED

97-ES-Z261-0    002433

**2.** Any insurance provided to the additional insured shall only apply with respect to a claim made or a "suit" brought for damages for which you are provided coverage.

This endorsement shall not increase the applicable Limits Of Insurance shown in the Declarations.

**3.** With respect to the insurance afforded to the additional insured, the following is added to **SECTION II — LIMITS OF INSURANCE**:

If coverage provided to the additional insured is required by contract or agreement, the most we will pay on behalf of the additional insured will be the lesser of the amount of insurance:

**a.** Required by the contract or agreement; or

**b.** Available under the applicable Limits Of Insurance shown in the Declarations.

This endorsement shall not increase the applicable Limits Of Insurance shown in the Declarations.

**4.** With respect to the insurance afforded to the additional insured, the following is added to Paragraph **3. Duties In The Event Of Occurrence, Offense, Claim Or Suit** of **SECTION II — GENERAL CONDITIONS**:

The additional insured must:

**a.** See to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

**(1)** How, when and where the "occurrence" or offense took place;

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense;

**b.** Tender the defense and indemnity of any claim or "suit" to us and to all other insurers who may have insurance potentially available to the additional insured; and

**c.** Agree to make available any other insurance the additional insured has for defense or damages for which we would provide coverage under **SECTION II — LIABILITY**.

**5.** With respect to the insurance afforded the additional insured, the following replaces **SECTION II — LIABILITY** of Paragraph **7. Other Insurance** of SECTION I AND SECTION II — **COMMON POLICY CONDITIONS**:

**a.** This insurance is primary to and will not seek contribution from any other insurance available to the additional insured, provided that the additional insured is a named insured under such other insurance.

**b.** Regardless of any agreement between you and the additional insured, this insurance is excess over any other insurance whether primary, excess, contingent or on any other basis for which the additional insured has been added as an additional insured on other policies.

There will be no refund of premium in the event this endorsement is cancelled.

All other policy provisions apply.

CMP-4860.1

©, Copyright, State Farm Mutual Automobile Insurance Company, 2013
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

FE-1313
Page 1 of 2
**Form 438BFU NS**
(Rev. May 1, 1942)

## FORM 438BFU NS - LENDERS LOSS PAYABLE ENDORSEMENT

### S.F. FORM

1. Loss or damage, if any, under this policy shall be paid **to the Payee named on the Declarations of this policy**, its successors and assigns, hereinafter referred to as "the Lender," in whatever form or capacity its interests may appear and whether said interest be vested in said Lender in its individual or in its disclosed or undisclosed fiduciary or representative capacity, or otherwise, or vested in a nominee or trustee of said Lender.

2. The insurance under this policy, or any rider or endorsement attached thereto, as to the interest only of the Lender, its successors and assigns, shall not be invalidated nor suspended: (a) by any error, omission, or change respecting the ownership, description, possession, or location of the subject of the insurance or the interest therein, or the title thereto; (b) by the commencement of foreclosure proceedings or the giving of notice of sale of any of the property covered by this policy by virtue of any mortgage or trust deed; (c) by any breach of warranty, act, omission, neglect, or non-compliance with any of the provisions of this policy, including any and all riders now or hereafter attached thereto, by the named insured, the borrower, mortgagor, trustor, vendee, owner, tenant, warehouseman, custodian, occupant, or by the agents of either or any of them or by the happening of any event permitted by them or either of them, or their agents, or which they failed to prevent, whether occurring before or after the attachment of this endorsement, or whether before or after a loss, which under the provisions of this policy of insurance or of any rider or endorsement attached thereto would invalidate or suspend the insurance as to the named insured, excluding herefrom, however, any acts or omissions of the Lender while exercising active control and management of the property.

3. In the event of failure of the insured to pay any premium or additional premium which shall be or become due under the terms of this policy or on account of any change in occupancy or increase in hazard not permitted by this policy, this Company agrees to give written notice to the Lender of such non-payment of premium after sixty (60) days from and within one hundred and twenty (120) days after due date of such premium and it is a condition of the continuance of the rights of the Lender hereunder that the Lender when so notified in writing by this Company of the failure of the insured to pay such premium shall pay or cause to be paid the premium due within ten (10) days following receipt of the Company's demand in writing therefor. If the Lender shall decline to pay said premium or additional premium, the rights of the Lender under this Lender's Loss Payable Endorsement shall not be terminated before ten (10) days after receipt of said written notice by the Lender.

4. Whenever this Company shall pay to the Lender any sum for loss or damage under this policy and shall claim that as to the insured no liability therefor exists, this Company, at its option, may pay to the Lender the whole principal sum and interest and other indebtedness due or to become due from the insured, whether secured or unsecured, (with refund of all interest not accrued), and this Company, to the extent of such payment, shall thereupon receive a full assignment and transfer, without recourse, of the debt and all rights and securities held as collateral thereto.

5. If there be any other insurance upon the within described property, this Company shall be liable under this policy as to the Lender for the proportion of such loss or damage that the sum hereby insured bears to the entire insurance of similar character on said property under policies held by, payable to and expressly consented to by the Lender. Any Contribution Clause included in any Fallen Building Clause Waiver or any Extended Coverage Endorsement attached to this contract of insurance is hereby nullified, and also any Contribution Clause in any other endorsement or rider attached to this contract of insurance is hereby nullified except Contribution Clauses for the compliance with which the insured has received reduction in the rate charged or has received extension of the coverage to include hazards other than fire and compliance with such Contribution Clause is made a part of the consideration for insuring such other hazards. The Lender upon the payment to it of the full amount of its claim, will subrogate this Company (pro rata with all other insurers contributing to said payment) to all of the Lender's rights of contribution under said other insurance.

FE-1313
Page 2 of 2
**Form 438BFU NS**
(Rev. May 1, 1942)

6. This Company reserves the right to cancel this policy at any time, as provided by its terms, but in such case this policy shall continue in force for the benefit of the Lender for ten (10) days after written notice of such cancellation is received by the Lender and shall then cease.

7. This policy shall remain in full force and effect as to the interest of the Lender for a period of ten (10) days after its expiration unless an acceptable policy in renewal thereof with loss thereunder payable to the Lender in accordance with the terms of this Lender's Loss Payable Endorsement, shall have been issued by some insurance company and accepted by the Lender.

8. Should legal title to and beneficial ownership of any of the property covered under this policy become vested in the Lender or its agents, insurance under this policy shall continue for the term thereof for the benefit of the Lender but, in such event, any privileges granted by this Lender's Loss Payable Endorsement which are not also granted the insured under the terms and conditions of this policy and/or under other riders or endorsements attached thereto shall not apply to the insurance hereunder as respects such property.

9. All notices herein provided to be given by the Company to the Lender in connection with this policy and this Lender's Loss Payable Endorsement shall be mailed to or delivered to the Lender at its office or branch described on the Declarations.

Approved:

Board of Fire Underwriters of the Pacific,

California Bankers' Association,

Committee on Insurance.

FE-1313

## FE-8739 INLAND MARINE CONDITIONS

Coverage in the Inland Marine Form is primary to any coverage provided in the policy this Form is attached to, for the same property.

The following Conditions also apply:

1. **Agreement.** We agree to provide the insurance described in this policy. You agree to pay premiums when due and comply with the provisions of this policy.

2. **Definitions.** Throughout this policy, the words "you" and "your" refer to the Named Insured and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the Company providing this insurance.

3. **Valuation.** The value of covered property will be determined based on the provisions in the applicable coverage form attached.

4. **Loss Payment.** In the event of loss covered by this policy:

   **a.** We will give notice, within 30 days after we receive the sworn statement of loss, of our intent to settle the loss according to one of the following methods:

   (1) Pay the value of lost or damaged property as determined in the Valuation Condition shown in the applicable coverage form;

   (2) Pay the cost of replacing or repairing the lost or damaged property, plus any reduction in value of repaired items;

   (3) Take all or any part of the property at an agreed or appraised value; or

   (4) Repair, rebuild or replace the property with other property of like kind and quality;

   **b.** We will not pay you more than your financial interest in the covered property;

   **c.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the covered property;

   **d.** We may elect to defend you, at our expense, against suits arising from claims of owners of property;

   **e.** We will pay for covered loss within 30 days after we receive the sworn statement of loss, if:

   (1) You have complied with all of the terms of this policy; and

   (2) We have reached agreement with you on the amount of loss or an appraisal award has been made.

5. **Duties in the Event of Loss.** You must see that the following are done in the event of loss to covered property:

   **a.** Notify the police if a law may have been broken;

   **b.** Give us prompt notice of the loss. Include a description of the lost or damaged property in the notice;

   **c.** As soon as possible, give us a description of how, when and where the loss occurred;

   **d.** Take all reasonable steps to protect the covered property from further damage by an insured loss. If feasible, set the damaged property aside and in the best possible order for examination. Also keep a record of your emergency and temporary repair expenses for consideration in the settlement of the claim. This will not increase the limit of insurance;

   **e.** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed;

   **f.** Permit us to inspect the property and records proving the loss;

   **g.** If requested, permit us to question you under oath at such times as may be reasonably required about any matter relating to this insurance or your claim, including your books and records. In such event, your answers must be signed;

   **h.** Send us a signed, sworn statement of loss containing the information we request to settle the claim. You must do this within 60 days after our request. We will supply you with the necessary forms;

   **i.** Cooperate with us in the investigation or settlement of the claim;

©, Copyright, State Farm Mutual Automobile Insurance Company, 2008
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CONTINUED

**j.** Resume all or part of your business activities at the described premises as quickly as possible.

**6. Appraisal.** If you and we disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. Each party will notify the other of the selected appraiser's identity within 20 days after receipt of the written demand for an appraisal. The two appraisers will select an umpire. If the appraisers cannot agree upon an umpire within 15 days, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

**7. Abandonment.** There can be no abandonment of any property to us.

**8. Legal Action Against Us.** No one may bring legal action against us under this insurance unless:

**a.** There has been full compliance with all of the terms of this insurance; and

**b.** The action is brought within two years after the date on which the accidental direct physical loss occurred. But if the law of the state in which this policy is issued allows more than two years to bring legal action against us, that longer period of time will apply.

**9. Recovered Property.** If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property subject to the limit of insurance.

**10. No Benefit to Bailee.** No person or organization, other than you, having custody of covered property will benefit from this insurance.

**11. Knowledge or Control.** We will not pay for loss while the chance of loss is increased by any means within your knowledge or control.

**12. Policy Period, Coverage Territory.** We cover loss commencing during the policy period and within or between the coverage territory. The coverage territory is the United States of America (including its territories and possessions), Puerto Rico and Canada.

**13. Changes**

**a.** This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**b.** We may change the Named Insured's policy address as shown in the Declarations and in our records to the most recent address provided to us by:

**(1)** You; or

**(2)** The United States Postal Service.

**14. Concealment, Misrepresentation or Fraud.** This policy is void in any case of fraud by you as it relates to the policy at any time. It is also void if you or any other insured intentionally conceal or misrepresent a material fact concerning:

**a.** This policy;

**b.** The covered property;

**c.** Your interest in the covered property; or

**d.** A claim under this policy.

**15. Examination of Your Books and Records.** We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**16. Inspections and Surveys**

**a.** We have the right to:

**(1)** Make inspections and surveys at any time;

**(2)** Give you reports on the conditions we find; and

**(3)** Recommend changes.

©, Copyright, State Farm Mutual Automobile Insurance Company, 2008
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CONTINUED

FE-8739
Page 3 of 3

**b.** We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

(1) Are safe and healthful; or

(2) Comply with laws, regulations, codes or standards.

**c.** Paragraphs **a.** and **b.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

**17. Liberalization.** If we adopt any revision that would broaden the coverage under this policy without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this policy.

**18. Other Insurance.** If loss covered by this policy is also covered by other insurance written in your name, we will not pay for a greater proportion of the covered loss than this policy's Limit of Insurance bears to the total amount of insurance covering such loss.

**19. Premiums**

**a.** The first Named Insured shown in the Declarations:

(1) Is responsible for the payment of all premiums; and

(2) Will be the payee for any return premiums we pay.

**b.** The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

**c.** You may continue this policy in force by paying a continuation premium for each successive one-year period. The premium must be:

(1) Paid to us prior to the anniversary date; and

(2) Determined in accordance with Paragraph **b.** above.

Our forms then in effect will apply. If you do not pay the continuation premium, this policy will expire on the first anniversary date that we have not received the premium.

**d.** Undeclared exposures, acquisition, or change in your business operation may occur during the policy period that are not shown in the Declarations. If so, we may require an additional premium. That premium will be determined in accordance with our rates and rules then in effect.

**20. Transfer of Rights of Recovery Against Others to Us.** If any person or organization to or for whom we make payment under this policy has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

**a.** Prior to a loss to your Covered Property.

**b.** After a loss to your Covered Property only if, at time of loss, that party is one of the following:

(1) Someone insured by this insurance;

(2) A business firm:

(a) Owned or controlled by you; or

(b) That owns or controls you; or

(3) Your tenant.

You may also accept the usual bills of lading or shipping receipts limiting the liability of carriers.

This will not restrict your insurance.

**21. Transfer of Your Rights and Duties Under This Policy.** Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual Named Insured. If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

**22. Conformity to State Law.** When a provision of this policy is in conflict with the applicable law of the state in which this policy is issued, the law of the state will apply.

FE-8739

©, Copyright, State Farm Mutual Automobile Insurance Company, 2008
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

FE-6271
Page 1 of 1

## FE-6271 AMENDATORY ENDORSEMENT (California)

The **Appraisal Condition** included in your Inland Marine Policy as paragraph **6.** of **CONDITIONS** is replaced by the following:

**6. Appraisal.** In case you and we shall fail to agree as to the actual cash value or the amount of loss, then, on the written request of either, each shall select a competent and disinterested appraiser and notify the other of the appraiser selected within 20 days of the request. Where the request is accepted, the appraisers shall first select a competent and disinterested umpire; and failing for 15 days to agree upon the umpire, then, on your or our request, the umpire shall be selected by a judge of a court of record in the state in which the property covered is located.

Appraisal proceedings are informal unless you and we mutually agree otherwise. For purposes of this section, "informal" means that no formal discovery shall be conducted, including depositions, interrogatories, requests for admission, or other forms of formal civil discovery, no formal rules of evidence shall be applied, and no court reporter shall be used for the proceedings.

The appraisers shall then appraise the loss, stating separately actual cash value and loss to each item; and, failing to agree, shall submit their differences, only, to the umpire. An award in writing, so itemized, of any two when filed with us shall determine the amount of actual cash value and loss.

Each appraiser shall be paid by the party selecting him or her and the expenses of appraisal and umpire shall be paid by the parties equally.

In the event of a government-declared disaster, as defined in the Government Code, appraisal may be requested by either you or us but shall not be compelled.

All other policy provisions apply.

FE-6271

©, Copyright, State Farm Mutual Automobile Insurance Company, 2013

## FE-8745 INLAND MARINE COMPUTER PROPERTY FORM

### INSURING AGREEMENT

We will pay for accidental direct physical loss to:

1. "Computer equipment", used in your business operations, that you own, lease from others, rent from others, or that is loaned to you. However, we do not insure "computer equipment" used to operate or control vehicles.

2. Removable data storage media used in your business operations to store "electronic data".

We do not insure property you lease to others or rent to others.

We do not insure "computer programs" or "electronic data" except as provided in the Computer Programs And Electronic Data Extension Of Coverage.

### LIMIT OF INSURANCE

We will pay for all covered loss up to the limits shown on the Schedule Page.

### DEDUCTIBLE

The deductible amount shown on the Schedule Page will only apply to the property covered under this form. This amount will be deducted from the amount of any loss under this coverage.

### EXCLUSIONS

1. We do not insure under any coverage for any loss to any property while in transit as checked baggage on a commercial airline;

2. We do not insure for loss caused by one or more of the items below:

   a. Errors and omissions in programming. However, we do insure for any resulting loss unless the resulting loss itself is excluded;

   b. Faulty, inadequate, unsound or defective design, specifications, workmanship, or repair. However, we do insure for any resulting loss unless the resulting loss itself is excluded;

   c. Wear, tear, marring, scratching, rust, corrosion or deterioration. However, we do insure for any resulting loss unless the resulting loss itself is excluded;

   d. Property that is missing, where the only evidence of the loss is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property;

   e. Any dishonest or criminal act occurring at any time by you, any of your partners, employees, directors, or trustees;

   f. Hidden or latent defect or any quality in property that causes it to damage or destroy itself. However, we do insure for any resulting loss unless the resulting loss itself is excluded;

   g. Obsolescence;

   h. Fungi

      (1) Growth, proliferation, spread or presence of "fungi", including:

      (2) Any loss of use or delay in repairing or replacing covered property, including any associated cost or expense, due to interference at the location of the covered property or at the location of the repair or replacement of that property by "fungi";

      (3) Any remediation of "fungi", including the cost or expense to:

         (a) Remove the "fungi" from covered property or to repair, restore or replace that property;

         (b) Take apart and repair any property as needed to gain access to the "fungi"; or

         (c) Contain, treat, detoxify, neutralize or dispose of or in any way respond to or assess the effects of the "fungi";

         (d) Remove any property to protect it from the presence of or exposure to "fungi";

      (4) The cost of any testing or monitoring of air or property to confirm the type, absence, presence or level of "fungi", whether performed prior to, during, or after removal, repair, restoration or replacement of covered property.

©, Copyright, State Farm Mutual Automobile Insurance Company, 2013
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CONTINUED

i.  Governmental Action

Seizure or destruction of property by order of governmental authority.

But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread;

j.  War And Military Action

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

3.  We do not insure under any coverage for any loss which would not have occurred in the absence of one or more of the following excluded events. We do not insure for such loss regardless of: (a) the cause of the excluded event; or (b) other causes of the loss; or (c) whether other causes acted concurrently or in any sequence with the excluded event to produce the loss; or (d) whether the event occurs suddenly or gradually, involves isolated or widespread damage, arises from natural or external forces, or occurs as a result of any combination of these:

Nuclear Hazard

Nuclear reaction or radiation, or radioactive contamination. Loss caused by the nuclear hazard will not be considered loss caused by fire, explosion or smoke.

But if nuclear reaction or radiation, or radioactive contamination results in fire, we will pay for the loss caused by that fire.

4.  We do not insure under any coverage for any loss consisting of the items in Paragraphs 1., 2. and 3. This exclusion does not apply to any loss consisting of the items in Paragraphs 2. and 3. if the loss is caused by a peril which is not otherwise excluded.

## EXTENSIONS OF COVERAGE

1.  **Computer Programs And Electronic Data**

a.  We will pay for accidental direct loss to:

(1) The following types of "computer programs" and "electronic data" that you own, license from others, lease from others, or rent from others:

(a) "Computer programs" used in your business operations;

(b) The "electronic data" that exists in "computer" memory or on "computer" storage media, used in your business operations;

(2) That portion of your customers' "electronic data" that is supplied to you for processing or other use in your business operations. Coverage for customers' "electronic data" is limited to the specific data file(s) containing the information you are processing or using in your business operations.

We do not cover any property you lease to others, rent to others or license to others. We do not cover "computer equipment" or removable data storage media under this Extension Of Coverage. This coverage extension is included in the Limit Of Insurance shown on the Schedule Page.

Loss does not include any consequential loss except as may be provided in the optional Loss Of Income And Extra Expense coverage.

b.  All items under the EXCLUSIONS section of this form apply to this Extension Of Coverage except:

(1) Item a. in Paragraph 2. does not apply to:

(a) "Computer programs" other than the program in which the error or omission in programming occurs; and

(b) "Electronic data";

covered under this extension;

(2) Item b. in Paragraph 2. does not apply to "electronic data" covered under this extension; and

(3) Items c. and d. in Paragraph 2. do not apply to "computer programs" and "electronic data" covered under this extension.

c.  We do not provide coverage for loss to, or loss of value resulting from infringement of, your intellectual property rights.

©, Copyright, State Farm Mutual Automobile Insurance Company, 2013
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CONTINUED

**2. Fire Protection Devices**

We will cover your expense, for up to $25,000, to recharge or refill any fire protection devices which have been discharged to protect the covered property.

The amount we pay under this Extension Of Coverage is an additional amount of insurance and is not subject to a deductible.

**3. Debris Removal**

We will cover your expense to remove the debris of covered property, caused by Covered Cause Of Loss.

The amount we pay under this Extension Of Coverage will not increase the applicable Limit Of Insurance.

**SPECIAL CONDITIONS**

**1. Valuation**

We agree all losses to:

**a.** "Computer equipment" will be determined based on the cost to repair or replace with that of similar performance, capacity or function;

**b.** Removable data storage media will be determined based on the cost to repair or replace that media with blank media of similar performance, capacity or function;

**c.** "Computer programs":

**(1)** That are commercial off-the-shelf will be determined based on the cost to repair or replace with that of similar performance, capacity or function;

**(2)** That are not commercial off-the-shelf will be determined based on the cost of reproducing the programs if they are reproduced. If not reproduced, loss will be determined based on the cost of blank, readily available, removable data storage media, such as blank discs, with suitable capacity to store the programs;

**d.** "Electronic data" will be determined based on the cost of reproducing the data, if it is reproduced. If not reproduced, loss will be determined based on the cost of blank, readily available, removable data storage media, such as blank discs, with suitable capacity to store the data;

**2. One Loss**

If an initial loss causes other losses, all will be considered one loss. All losses that are the result of the same event will be considered one loss.

**OPTIONAL COVERAGE – LOSS OF INCOME AND EXTRA EXPENSE**

**1.** If a limit is shown on the Inland Marine Schedule Page for Loss Of Income And Extra Expense, coverage under this form is provided, subject to that limit, for the following:

**a.** The actual "Loss Of Income" you sustain due to the necessary "suspension" of your operations during the "period of restoration". The "suspension" must be caused by damage or destruction to property covered under this form, by a Covered Cause Of Loss;

**b.** Any necessary "extra expense" you incur during the "period of restoration" that you would not have incurred if there had been no damage or destruction to property covered under this form, by a Covered Cause Of Loss.

We will only pay for "Loss Of Income" or "extra expense" that you sustain during the "period of restoration" that occurs within 12 consecutive months after the date of loss. We will only pay for "ordinary payroll expenses" for 90 days following the date of loss.

**2.** We will not pay for:

**a.** Any "extra expense" or increase of "Loss Of Income" caused by suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of your operations, we will cover such loss that affects your "Loss Of Income" during the "period of restoration";

**b.** Any "extra expense" caused by suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration";

**c.** Any other consequential loss;

**d.** Loss caused by seizure or destruction of property by order of governmental authority. But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread.

©, Copyright, State Farm Mutual Automobile Insurance Company, 2013
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CONTINUED

FE-8745
Page 4 of 5

## DEFINITIONS

1. "Computer" means:

   a. Programmable electronic equipment that is used to store, retrieve and process data; and

   b. Associated peripheral equipment that provides communication, including input and output functions such as printing and auxiliary functions such as data transmission.

   "Computer" does not include those used to operate production type machinery or equipment.

2. "Computer equipment" means "computers", "computer" cables and wiring not attached to or forming a part of a building, and equipment manuals. "Computer equipment" does not mean other types of devices with internal computing capability, such as intelligent devices that contain an embedded chip or some other form of logic circuitry, or the computing components in those devices.

3. "Computer programs" means a set of related electronic instructions which direct the operations and functions of a "computer" or device connected to it, which enable the "computer" or device to receive, process, store, retrieve or send data.

4. "Electronic data" means  information, facts or "computer programs" stored as or on, created or used on, or transmitted to or from "computer" software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of "computer" software which are used with electronically controlled equipment.

5. "Extra expense" means expense incurred:

   a. To avoid or minimize the "suspension" of business and to continue operations.

   b. To minimize the "suspension" of business if you cannot continue operations.

   c. To repair or replace any property to the extent it reduces the amount of loss that would otherwise have been payable under this coverage or "Loss Of Income" coverage.

6. "Fungi" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or byproducts produced or released by fungus;

7. "Loss Of Income" means the sum of the amounts described in **a.** and **b.** below:

   a. Net income (net profit or loss before income taxes) that would have been earned or incurred if no accidental direct loss had occurred, including:

      (1) "Rental value";

      (2) "Maintenance fees", if you are a condominium association or other similar community association;

      (3) Total receipts and contributions (less operating expenses) normally received during the period of disruption of operations; and

      (4) Tuition and fees from students, including fees from room, board, laboratories and other similar sources.

   Net income does not include any net income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause Of Loss on customers or on other businesses.

   b. Continuing normal operating expenses incurred, including "ordinary payroll expenses".

8. "Maintenance fees" means the regular payment made to you by unit-owners and used to service the common property.

9. "Ordinary payroll expenses":

   a. Mean payroll expenses for all your employees except:

      (1) Officers;

      (2) Executives;

      (3) Department Managers; and

      (4) Employees under contract;

   b. Include:

      (1) Payroll;

      (2) Employee benefits, if directly related to payroll;

      (3) FICA payments you pay;

      (4) Union dues you pay; and

      (5) Workers' compensation premiums.

10. "Period of restoration" means the period of time that:

    a. Begins immediately after the time of loss to property covered by this form; and

©, Copyright, State Farm Mutual Automobile Insurance Company, 2013
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CONTINUED

**b.** Ends on the date when the property covered by this form should be repaired, rebuilt, restored or replaced with reasonable speed and similar quality.

The expiration date of this policy will not cut short the "period of restoration".

**11.** "Rental value" means:

**a.** The total anticipated rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you;

**b.** The amount of all charges which are the legal obligation of the tenant(s) and which would otherwise be your obligations; and

**c.** The fair rental value of any portion of the described premises which is occupied by you.

**12.** "Suspension" means the partial slowdown or complete cessation of your business activities.

All other policy provisions apply.

FE-8745

©, Copyright, State Farm Mutual Automobile Insurance Company, 2013
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# EXHIBIT B

*Providing Insurance and Financial Services*
*Home Office, Bloomington, IL*

 **StateFarm**®

March 5, 2025

IRENT INC
232 MOUNT SHASTA DR
SAN RAFAEL, CA, 94903-1081

State Farm Insurance Companies
Fire Claims
PO BOX 106169
Atlanta, GA 30348-6169
Fax 844 236 3646

RE:   Claim Number:   05-47M8-29M
      Insured:        IRENT INC
      Date of Loss:   March 21, 2023
      Policy Number:  97-ES-Z261-0
      Insured Property: 108 ROSS AVE SAN ANSELMO CA 94960
      Type of Policy: Apartment

To whom it may concern:

After careful review of your claim, State Farm General Insurance Company has determined
coverage is unavailable for a portion of the damages that were observed during our inspection.
Your policy specifically excludes interior damages caused by rain when the building or structure
did not sustain a covered cause of loss to its roof, outside walls, or outside building glass
through which the rain enters. Your policy also excludes coverage for damages caused by wear,
tear, and deterioration. However, State Farm has extended coverage for the covered storm
related damages which were observed during the State Farm inspection.

Please review the following policy language as it reads, in part, for your claim:

---

### SECTION I — PROPERTY

---

When a Limit Of Insurance is shown in the Declarations for that type of property as described
under **Coverage A – Buildings**, **Coverage B – Business Personal Property**, or both, we will
pay for accidental direct physical loss to that Covered Property at the premises described in the
Declarations caused by any loss as described under **SECTION I — COVERED CAUSES OF
LOSS**.

Covered Property includes property as described under **Coverage A – Buildings**, property as
described under **Coverage B – Business Personal Property**, or both.

Regardless of whether coverage is shown in the Declarations for **Coverage A – Buildings**,
**Coverage B –Business Personal Property**, or both, there is no coverage for property described
under **Property Not Covered**.

05-47M8-29M
Page 2
March 5, 2025

---

**Property Subject To Limitations**

---

**1.** We will not pay for loss to:

    **e.** The interior of any building or structure, or the property inside any building or structure, caused by rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

        **(1)** The building or structure first sustains damage by a Covered Cause Of Loss to its roof, outside walls, or outside building glass through which the rain, snow, sleet, ice, sand or dust enters; or

        **(2)** The loss is caused by thawing of snow, sleet or ice on the building or structure.

---

**SECTION I — COVERED CAUSES OF LOSS**

---

We insure for accidental direct physical loss to Covered Property unless the loss is:

**1.** Excluded in **SECTION I — EXCLUSIONS**; or

**2.** Limited in the **Property Subject To Limitations** provision.

---

**SECTION I — EXCLUSIONS**

---

**2.** We do not insure under any coverage for any loss caused by one or more of the following:

**AMENDATORY ENDORSEMENT (California)**

---

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM**1.SECTION I — EXCLUSIONS** is amended as follows:

    **b.** Under Paragraph **i. Fungi, Virus Or Bacteria**, the reference to **23. Fungi, Wet Or Dry Rot** is changed to **24. Fungi, Wet Or Dry Rot.**

**2.** Paragraph **24. d.** under **Fungi, Wet Or Dry Rot And Bacteria** of **SECTION I — EXTENSIONS OF COVERAGE** does not apply.

    **i. Fungi, Virus Or Bacteria**

        **(1)** Growth, proliferation, spread or presence of "fungi" or wet or dry rot; or

        **(2)** Virus, bacteria or other microorganism that induces or is capable of inducing physical distress, illness or disease; and

        **(3)** We will also not pay for:

            **(a)** Any loss of use or delay in rebuilding, repairing or replacing covered property, including any associated cost or expense, due to interference at the described premises or location of the rebuilding, repair or replacement of that property, by "fungi", wet or dry rot, virus, bacteria or other microorganism;

            **(b)** Any remediation of "fungi", wet or dry rot, virus, bacteria or other microorganism, including the cost or expense to:

05-47M8-29M
Page 3
March 5, 2025

      **i.** Remove the "fungi", wet or dry rot, virus, bacteria or other microorganism from Covered Property or to repair, restore or replace that property;

      **ii.** Tear out and replace any part of the building or other property as needed to gain access to the "fungi", wet or dry rot, virus, bacteria or other microorganism; or

      **iii.** Contain, treat, detoxify, neutralize or dispose of or in any way respond to or assess the effects of the "fungi", wet or dry rot, virus, bacteria or other microorganism; or

    **(c)** The cost of any testing or monitoring of air or property to confirm the type, absence, presence or level of "fungi", wet or dry rot, virus, bacteria or other microorganism, whether performed prior to, during or after removal, repair, restoration or replacement of Covered Property.

This exclusion does not apply:

## I. Other Types Of Loss

**(1)** Wear and tear;

**(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals;

**(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force; or

**(7)** The following causes of loss to personal property:

    **(a)** Dampness or dryness of atmosphere;

    **(b)** Changes in or extremes of temperature; or

    **(c)** Marring or scratching.

But if an excluded cause of loss that is listed in Paragraphs **(1)** through **(7)** above results in an accidental direct physical loss by any of the "specified causes of loss" or by building glass breakage, we will pay for the loss caused by that "specified cause of loss" or by building glass breakage.

---

## SECTION I — EXTENSIONS OF COVERAGE

---

## 24. Fungi, Wet Or Dry Rot And Bacteria

We will pay for loss by "fungi", wet or dry rot or bacteria as described in Paragraphs **a.** and **e.** below only when the "fungi", wet or dry rot or bacteria are the result of a "specified cause of loss" other than fire or lightning that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

05-47M8-29M
Page 4
March 5, 2025

    **a.** As used in this extension of coverage, the term loss means:

        **(1)** Direct physical loss to Covered Property caused by "fungi", wet or dry rot or bacteria, including the cost of removal of the "fungi", wet or dry rot or bacteria;

        **(2)** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungi", wet or dry rot or bacteria; and

        **(3)** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungi", wet or dry rot or bacteria are present.

    **b.** The most we will pay for Fungi, Wet Or Dry Rot And Bacteria resulting from a "specified cause of loss" is $10,000. Regardless of the number of locations or claims, this limit is the most we will pay for the total of all loss arising out of all occurrences of "specified causes of loss" (other than fire or lightning) which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungi", wet or dry rot or bacteria, we will not pay more than the same $10,000 for Fungi, Wet Or Dry Rot And Bacteria resulting from a "specified cause of loss" even if the "fungi" wet or dry rot or bacteria continues to be present or active, or recurs, in a later policy period.

    **c.** The coverage provided under this extension of coverage does not increase the applicable Limit Of Insurance on any Covered Property. If a particular occurrence results in loss by "fungi", wet or dry rot or bacteria, and other loss, we will not pay more, for the total of all loss, than the applicable Limit Of Insurance on the affected Covered Property.

    If there is covered loss to Covered Property, not caused by "fungi", wet or dry rot or bacteria, loss payment will not be limited by the terms of this extension of coverage, except to the extent that "fungi", wet or dry rot or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this extension of coverage.

    **d.** The terms of this extension of coverage do not increase or reduce the coverage provided under the Water Damage, Other Liquids, Powder Or Molten Material Damage or Collapse extensions of coverage.

    **e.** The following applies only if Loss Of Income And Extra Expense coverage applies to the described premises and only if the suspension of "operations" satisfies all the terms and conditions of the Loss Of Income And Extra Expense form.

        **(1)** If the loss which resulted in "fungi", wet or dry rot or bacteria does not in itself necessitate a suspension of "operations", but such suspension is necessary due to loss to property caused by "fungi", wet or dry rot or bacteria, then our payment under Loss Of Income And Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

        **(2)** If a covered suspension of "operations" was caused by loss other than "fungi", wet or dry rot or bacteria, but remediation of "fungi", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

The California Fair Claims Settlement Practices Regulations state that you must be notified of the following policy provision concerning suits against State Farm:

05-47M8-29M
Page 5
March 5, 2025

---

**SECTION I — CONDITIONS**

---

   **d.  Legal Action Against Us**

     No one may bring a legal action against us under this insurance unless:

     **(1)** There has been full compliance with all of the terms of this insurance; and

     **(2)** The action is brought within 2 years after the date on which the accidental direct physical loss occurred.

The two-year period referred to does not include the time we take to investigate your claim. The time from the date of loss 03/21/2023 the date you reported your claim to your agent does count in computing the amount of time that has already expired. The two-year suit limitation period is again running as of the date of this letter.

We are required by California Insurance Regulations, Section 2695.7(b)(3), to advise you that if you believe this claim, or any part of this claim, has been wrongfully denied or rejected, you may have the matter reviewed by the California Department of Insurance, Claims Service Bureau, 300 South Spring Street, Los Angeles, California 90013, telephone 1-800-927-4357.

Because we value you as a policy holder and appreciate your business, we want to ensure you understand the coverage decision. If you have any additional information that has not been previously considered, or desire any additional explanation, please contact us.

Sincerely,

William Forth
Claim Specialist
Adjuster License: W871761
4808699514
statefarmfireclaims@statefarm.com
*For your protection, when emailing State Farm, please do not include sensitive personal information such as Social Security Number, credit/debit card number (financial account number), driver's license number, or health/medical information in an email. Please contact us at 4808699514 to discuss sensitive information.*

State Farm General Insurance Company

---

Take advantage of our self-service options
Go to statefarm.com® to easily review claim status, update communication and claim payment preferences, and many other insurance services.

CM-010

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>TINA ABDOLHOSSEINI, ESQ. State Bar No. 316093<br>2750 SW 145th Avenue, #509, Miramar, Florida 33027<br><br>TELEPHONE NO.: (786)703-8810    FAX NO. :<br>EMAIL ADDRESS: tabdolhosseini@plqlawyersfl.com<br>ATTORNEY FOR *(Name):* IRENT INC | **FOR COURT USE ONLY**<br><br>**ELECTRONICALLY FILED**<br>Superior Court of California<br>County of Marin<br>**06/12/2025**<br>James M. Kim, Clerk of the Court<br>By: J. Chen, Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF MARIN
STREET ADDRESS: 3501 Civic Center Drive
MAILING ADDRESS:
CITY AND ZIP CODE: San Rafael, 94903
BRANCH NAME: Hall of Justice

CASE NAME:
IRENT INC vs. STATE FARM GENERAL INSURANCE COMPANY

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: CV0006586 |
|---|---|---|
| [x] Unlimited    [ ] Limited<br>(Amount       (Amount<br>demanded     demanded is<br>exceeds $35,000)   $35,000 or less) | [ ] Counter    [ ] Joinder<br><br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | JUDGE:<br><br>DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation |
|---|---|---|
| [ ] Auto (22) | [ ] Breach of contract/warranty (06) | **(Cal. Rules of Court, rules 3.400–3.403)** |
| [ ] Uninsured motorist (46) | [ ] Rule 3.740 collections (09) | [ ] Antitrust/Trade regulation (03) |
| **Other PI/PD/WD (Personal Injury/Property** | [ ] Other collections (09) | [ ] Construction defect (10) |
| **Damage/Wrongful Death) Tort** | [ ] Insurance coverage (18) | [ ] Mass tort (40) |
| [ ] Asbestos (04) | [ ] Other contract (37) | [ ] Securities litigation (28) |
| [ ] Product liability (24) | **Real Property** | [ ] Environmental/Toxic tort (30) |
| [ ] Medical malpractice (45) | [ ] Eminent domain/Inverse | [ ] Insurance coverage claims arising from the |
| [x] Other PI/PD/WD (23) |     condemnation (14) |     above listed provisionally complex case |
| **Non-PI/PD/WD (Other) Tort** | [ ] Wrongful eviction (33) |     types (41) |
| [ ] Business tort/unfair business practice (07) | [ ] Other real property (26) | **Enforcement of Judgment** |
| [ ] Civil rights (08) | **Unlawful Detainer** | [ ] Enforcement of judgment (20) |
| [ ] Defamation (13) | [ ] Commercial (31) | **Miscellaneous Civil Complaint** |
| [ ] Fraud (16) | [ ] Residential (32) | [ ] RICO (27) |
| [ ] Intellectual property (19) | [ ] Drugs (38) | [ ] Other complaint *(not specified above)* (42) |
| [ ] Professional negligence (25) | **Judicial Review** | **Miscellaneous Civil Petition** |
| [ ] Other non-PI/PD/WD tort (35) | [ ] Asset forfeiture (05) | [ ] Partnership and corporate governance (21) |
| **Employment** | [ ] Petition re: arbitration award (11) | [ ] Other petition *(not specified above)* (43) |
| [ ] Wrongful termination (36) | [ ] Writ of mandate (02) | |
| [ ] Other employment (15) | [ ] Other judicial review (39) | |

2. This case [ ] is   [x] is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the
   factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties    d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel    e. [ ] Coordination with related actions pending in one or more
       issues that will be time-consuming to resolve              courts in other counties, states, or countries, or in a federal
   c. [ ] Substantial amount of documentary evidence          court
                                             f. [ ] Substantial postjudgment judicial supervision
3. Remedies sought *(check all that apply):* a. [x] monetary   b. [ ] nonmonetary; declaratory or injunctive relief   c. [ ] punitive
4. Number of causes of action *(specify):* 2
5. This case [ ] is   [x] is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*
Date:      06/12/2025
Tina Abdolhosseini, Esq.                  ▶     *Tina Abdolhosseini*
_____
(TYPE OR PRINT NAME)                                 (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed
  under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to
  the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.    Page 1 of 2

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. January 1, 2024] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>*www.courts.ca.gov* |

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**CM-010**

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice– Physicians & Surgeons
  Other Professional Health Care Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip and fall)
  Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  Intentional Infliction of Emotional Distress
  Negligent Infliction of Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/ Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court Case Matter
  Writ–Other Limited Court Case Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of County)
  Confession of Judgment *(non-domestic relations)*
  Sister State Judgment
  Administrative Agency Award *(not unpaid taxes)*
  Petition/Certification of Entry of Judgment on Unpaid Taxes
  Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-harassment)*
  Mechanics Lien
  Other Commercial Complaint Case *(non-tort/non-complex)*
  Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late Claim
  Other Civil Petition

---

**CIVIL CASE COVER SHEET**

For your protection and privacy, please press the Clear This Form button after you have printed the form.

[Print this form]  [Save this form]  [Clear this form]